**EXHIBIT C**

# Exhibit C
# Utility Providers

Parkview Operating Company, LP

| | Monthly Average | Prepetition Security Deposit |
|---|---:|---:|
| Allbridge | 751.63 | |
| AT & T - National | 589.47 | |
| Biologic Environmental Services | 338.75 | |
| Brask Enterprises Inc II | 384.13 | |
| Efax Corporate | 231.01 | |
| Hayward Water System | 7,888.51 | |
| PG&E | 9,785.75 | 13,776.00 |
| Spectrotel | 503.33 | |
| TPX Communications | 1,442.99 | |
| Verizon Wireless | 401.53 | |
| Waste Management Inc. - National | 4,884.58 | |
| Total | $ 27,201.67 | |

Mariner Health Central, Inc.

| | Monthly Amount | Prepetition Security Deposit |
|---|---:|---:|
| 8X8 Inc. | 279.84 | |
| Ability Network inc. | 2,359.35 | |
| AT&T Teleconference Services | 2,139.54 | |
| Efax Corporate | 942.94 | |
| Glendale City Of | 474.44 | |
| Hayward Area Historical Society | 231.00 | |
| Hayward Water System | 132.22 | |
| P G & E | 416.70 | |
| Socalgas - Southern California | 18.75 | |
| Spectrotel | 1,255.93 | |
| TPX Communications | 4,211.36 | |
| Verizon Wireless | 2,451.65 | |