# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Joint Administration Requested) |
| | **Re: Docket No. 4** |

## SUPPLEMENTAL DECLARATION OF EVAN GERSHBEIN IN SUPPORT OF APPLICATION OF DEBTORS FOR APPOINTMENT OF KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS AND NOTICING AGENT

I, Evan Gersbein, declare as follows:

1.      I am an Executive Vice President, Corporate Restructuring at Kurtzman Carson Consultants LLC ("KCC") a chapter 11 administrative services firm whose office is located at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, California 90245.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called and sworn as a witness, I could and would testify competently thereto.

2.      This supplemental declaration is made in further support of the *Application of the Debtors for Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 4] (the "Application").[2]

3.      Attached hereto as **Exhibit A** is the list of potential parties-in-interest (the "Potential Parties in Interest") referenced in the Application.

---

[1]   The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273).  The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

4.      Neither KCC nor its affiliates are party to any agreements where it/they receive(s) consideration in exchange for transferring information derived from its roles a claims agent under 28 U.S.C. § 156(c) in cases in the District of Delaware or elsewhere to non-client third parties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 20, 2022          /s/ *Evan Gershbein*
                                                Evan Gershbein
                                                Executive Vice President, Corporate Restructuring
                                                Kurtzman Carson Consultants LLC