# EXHIBIT A

**(Potential Parties in Interest)**

**Known Affiliates**

National Senior Care, InC.

Mariner Health Care Management Company

MHC Recruiting Company

Mariner Health Central, Inc.

MHC Holding Company

Bio-Pacific LLC

Mariner Insurance Company, LLC

MHC West Holding Company

GranCare, LLC

Sacramento Operating Company GP, LLC

Hayward Hills Operating Company GP LLC

Inglewood Operating Company GP LLC

San Rafael Operating Company GP LLC

Sacramento Operation Company LP

Hayward Hills Operating Company LP

Inglewood Operating Company LP

San Rafael Operating Company LP

GC Operating Company LLC

GC Holding Company 2, LLC

Driftwood Hayward Holding Company GP, LLC

Skyline San Jose Holding Company GP, LLC

Verdugo Vista Holding Company GP, LLC

Driftwood Santa Cruz Holding Company GP, LLC

Driftwood Hayward Operating Company, LP

Skyline San Jose Operating Company LP

Verdugo Vista Operating Company LP

Driftwood Santa Cruz Operating Company LP

Autumn Hills Holding Company GP, LLC

Monterey Palms Holding Company GP, LLC

Almaden Holding Company GP, LLC

Fruitvale Holding Company GP, LLC

Autumn Hills Operating Company, LP

Monterey Palms Operating Company, LP

Almaden Operating Company, LP

Fruitvale Operating Company, LP

Rehabilitation Center of Santa Monica Holding Company GP, LLC

Creekside Holding Company GP, LLC

Fremont Holding Company GP, LLC

Parkview Holding Company GP, LLC

Santa Monica Holding Company GP, LLC

Glendale Holding Company GP, LLC

San Marcos Holding Company GP, LLC

Rehabilitation Center of Santa Monica Operating Company, LP

Creekside Operating Company, LP

Fremont Healthcare Operating Company, LP

Santa Monica Operating Company, LP

Glendale Operating Company, LP

San Marcos Operating Company, LP

Palm Springs Holding Company GP, LLC

Vale Holding Company GP, LLC

Palm Springs Operating Company, LP

Vale Operating Company, LP

**Directors & Officers**

Linda Taetz

Kenneth Tabler

Devin Ehrlich

Dennis Sarcauga

**5% of More Equity Holders**

Mariner Health Care Management Company

GC Holding Company 2, LLC

**Bankruptcy Judges**

Chief Judge Laurie Selber Silverstein

Christopher S. Sontchi

John T. Dorsey

Craig T. Goldblatt

Karen B. Owens

Brendan L. Shannon

J. Kate Stickles

Mary F. Walrath

Ashley M. Chan

Bankruptcy Professionals

Raines Feldman LLP

Pachulski Stang Ziehl & Jones, LLP

SierraConstellation Partners, LLC

Kurtzman Carson Consultants, LLC

**Banks/Lenders/UCC Lien Parties/Administrative Agents**

Siena Healthcare Finance

**Insurance**

Hamilton Insurance Agency

Risk Strategies Company

Willis Towers Watson Southeast, Inc.

Trion Group, Inc.

Ascot Underwriting Bermuda

Axis U.S. Insurance Company

Endurance American Insurance Company

Federal Insurance Company

Hudson Excess Insurance

Hudson Insurance Company

Ironshore Indemnity Inc.

Mt. Hawley Ins. Co.

National Union Fire Insurance Company of Pittsburg, PA

Philadelphia Ins. Co.

RSUI Indemnity Company

Scottsdale Indemnity Company

Scottsdale Ins. Co.

US Specialty Ins. Co.

Zurich

Servarus Corporation

**Landlords**

Tampa Avenue Property LLC

Mason Family 1993 Trust

Hayward Area Historical Society

Sanders Legal Group LLC

**Litigation**

 Baustista, Jennifer

Brown Ah-Hing, Feleai

Cabrerra, Lisa

Contreras, Maria

Cook, Gregory

Clearley, James Jr.

Davis, Robert

Fillimon, Arzeta

Flores, Anna

Garret, Jessie Otis

Holdsworth, Timothy

Horrobin, Janet

Integra

Kazaryan, Jacqueline

Kapule, Rebecca

Ledesma, Refugio

Ledesma, Maricela

Ledesma, Esther

Ledesma, Alberto

Ledesma, Celina

Ledesma, David

Ledesma, Alejandro

Ledesma, Araceli

Ledesma, Esmeralda

Lewis, Doloris

Light, Margo

Martin, James

McCalope, Frances

McCalope, Robert

Meadors, Teresa

Morris, Jean

Nazarians, Nora

People of The State of California

Rice, Jacqueline

Russell, Taylor

Sanchez, Jose

Seelig, John

Sira, Louie

Tharp, Darriin

Tucker, Christopher

Umo, Ima

Valentine, Terry

Vassis, Christine

Vela- Alvarado, Julianna

Wilson, Bobby

Wilson, Chanova

**U.S. Trustee Office**

T. Patrick Tinker

David Buchbinder

Linda Casey

Joseph Cudia

Timothy J. Fox, Jr.

Diane Giordano

Benjamin Hackman

Jane Leamy

Hannah M. McCollum

Joseph McMahon

Linda Richenderfer

Juliet Sarkessian

Richard Schepacarter

Rosa Sierra

**Utilities**

8X8 Inc.

Ability Network Inc.

ABIS Inc.

Allbridge

AT&T - National

AT&T Teleconference Services

Biologic Environmental Services

Brask Enterprises Inc.

Efax Corporate

Glendale, City of

Hayward Area Historical Society

Hayward Water System

PG&E

SoCalGas - Southern California

Spectrotel

Start Meeting LLC

TPX Communications

Verizon Wireless

Waste Management Inc.

**30 Largest Unsecured Creditors**

Ability Network

Bhupinder Bhandari MD Inc.

Boyd Gentry

Bio-Pacific, LLC

Cal OSHA

California, State of

Diagnostic Laboratories & Radiology

First Call Nursing Services

Fundamental Administrative Services

Harmony Healthcare International

Hayward Area Historical Society

Hayward Water System

Hooper Lundy & Bookman PC

Integra Med Analytics, LLC

Iron Mountain Information Management, LLC

JJJ Health Care Staffing Agency LLC

KCI USA

Kingston 17

Lewis Brisbois Bisgaarad & Smith, LLP

Mason Family 1993 Trust

Medline Industries

Noridian Healthcare Solutions LLC

Nutrition Therapy Essentials

Ogletree Deakins Nash Smoak & Stewart PC

P G & E

People of the State of California

Pharmerica

Sanders Legal Group LLC

SEIU

Seyfarth Shaw

Sky Power Secure Solutions Inc.

Specialized Medical Services

Staples Advantage

Stone Mountain Medical Associates, Inc.

Sysco San Francisco

Tampa Avenue Property LLC

Triple J Heart to Serve

Waste Management Inc. - National