# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF FILING OF REVISED BUDGET

**PLEASE TAKE NOTICE** that on September 19, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Declaration of Lawrence Perkins in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 12] (the "First Day Declaration"). Attached to the First Day Declaration as **Exhibit B** was a projected 13-week cash flow budget (the "Budget").

**PLEASE TAKE FURTHER NOTICE** that on September 21, 2022, the Debtors filed a revised Budget. A copy of the revised Budget is attached hereto as **Exhibit A**.

Dated: September 21, 2022
       Wilmington, Delaware

/s/ *Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
               tcairns@pszjlaw.com
               mcaloway@pszjlaw.com

- and -

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

Hamid R. Rafatjoo (*pro hac vice* pending)
Carollynn H.G. Callari (*pro hac vice* pending)
David S. Forsh (*pro hac vice* pending)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019-4801
Telephone: (917) 790-7100
Email: ccallari@raineslaw.com
dforsh@raineslaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

## Exhibit A

**(Revised Budget)**

**Subject to Further Revision**
Parkview Healthcare Center and Mariner Health Central Consolidated 13 Week Cash Flow Projection

| Week Ending: | Forecast 9/23/2022 | Forecast 9/30/2022 | Forecast 10/7/2022 | Forecast 10/14/2022 | Forecast 10/21/2022 | Forecast 10/28/2022 | Forecast 11/4/2022 | Forecast 11/11/2022 | Forecast 11/18/2022 | Forecast 11/25/2022 | Forecast 12/2/2022 | Forecast 12/9/2022 | Forecast 12/16/2022 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| Total Receipts | 795,380 | 795,380 | 816,099 | 816,099 | 816,099 | 816,099 | 796,283 | 796,283 | 796,283 | 796,283 | 815,245 | 815,245 | 815,245 | 10,486,025 |
| **Disbursements** | | | | | | | | | | | | | | |
| Salary and Wage Expense | - | 392,510 | - | 393,727 | - | 394,198 | 394,244 | - | - | 396,629 | - | 394,262 | - | 2,365,570 |
| Benefits Expense | 266,063 | 29,552 | 174,476 | 29,581 | 248,908 | 45,695 | 171,042 | 29,997 | 170,326 | 121,637 | 169,876 | 29,905 | 171,901 | 1,658,957 |
| Supplies & General Operating Costs | 88,838 | 76,055 | 58,421 | 66,482 | 37,824 | 102,143 | 61,104 | 67,389 | 45,047 | 97,463 | 69,273 | 70,763 | 37,452 | 878,254 |
| Utilities | 24,783 | 882 | 3,927 | 1,968 | 5,244 | 24,793 | 3,991 | 1,505 | 6,471 | 24,288 | 4,125 | 1,715 | 5,740 | 109,430 |
| Taxes | 53,566 | - | - | - | - | 53,498 | - | - | - | 53,432 | - | - | - | 160,496 |
| Operating Legal | 21,089 | 2,494 | 28,180 | 509,334 | 11,886 | 19,894 | 34,512 | 509,334 | 7,103 | 15,993 | 45,265 | 663,876 | 8,583 | 1,877,542 |
| Other Operating Expense | 67,311 | 25,965 | 26,815 | 50,779 | 31,096 | 69,947 | 28,991 | 52,991 | 33,951 | 73,466 | 32,197 | 57,060 | 36,256 | 586,826 |
| Management / Admin Fee | - | - | - | - | - | 361,472 | - | - | - | 980,832 | - | - | - | 1,342,304 |
| Rent | - | - | 74,756 | - | - | - | 74,756 | - | - | - | 74,756 | - | - | 224,267 |
| Passthrough Expenses | - | - | 3,574 | - | - | 169,983 | 3,574 | - | - | 164,884 | - | - | - | 342,015 |
| Other | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 845,000 |
| Total Operating Disbursements | 586,650 | 592,458 | 435,149 | 1,116,870 | 399,958 | 1,306,622 | 442,969 | 1,120,460 | 327,898 | 1,993,625 | 460,491 | 1,282,580 | 324,931 | 10,390,662 |
| Operating Cash Flow | 208,730 | 202,922 | 380,951 | (300,771) | 416,141 | (490,522) | 353,314 | (324,177) | 468,385 | (1,197,342) | 354,753 | (467,336) | 490,314 | 95,362 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Professional & UST Fees | - | - | 370,261 | - | - | 9,753 | - | - | 640,522 | - | - | 571,422 | 520,030 | 2,111,986 |
| Other | 40,000 | - | - | 40,000 | - | 40,000 | - | 40,000 | - | 40,000 | - | 40,000 | - | 240,000 |
| Total Non-Operating Disbursements | 40,000 | - | 370,261 | 40,000 | - | 49,753 | - | 40,000 | 640,522 | 40,000 | - | 611,422 | 520,030 | 2,351,986 |
| Net Cash Flow | 168,730 | 202,922 | 10,690 | (340,771) | 416,141 | (540,275) | 353,314 | (364,177) | (172,137) | (1,237,342) | 354,753 | (1,078,757) | (29,716) | (2,256,624) |
| **LIQUIDITY** | | | | | | | | | | | | | | |
| Beginning Balance | 4,396,659 | 4,565,390 | 4,768,311 | 4,779,001 | 4,438,230 | 4,854,372 | 4,314,096 | 4,667,410 | 4,303,233 | 4,131,097 | 2,893,755 | 3,248,508 | 2,169,751 | 4,396,659 |
| (+) Net Cash Flow | 168,730 | 202,922 | 10,690 | (340,771) | 416,141 | (540,275) | 353,314 | (364,177) | (172,137) | (1,237,342) | 354,753 | (1,078,757) | (29,716) | (2,256,624) |
| Ending Cash | 4,565,390 | 4,768,311 | 4,779,001 | 4,438,230 | 4,854,372 | 4,314,096 | 4,667,410 | 4,303,233 | 4,131,097 | 2,893,755 | 3,248,508 | 2,169,751 | 2,140,035 | 2,140,035 |