## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Joint Administration Requested) |
| | **Re: Docket No. 3** |

**ORDER AUTHORIZING DEBTORS TO (I) FILE CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DEBTOR, (II) FILE A CONSOLIDATED LIST OF DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (III) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR DEBTOR'S EMPLOYEES AND INDIVIDUAL CREDITORS, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an Order (this "Order") (a) authorizing the Debtors to file a consolidated list of creditors in lieu of submitting a separate mailing matrix for each Debtor, (b) authorizing the Debtors to file a consolidated list of the Debtors' thirty largest unsecured creditors in lieu of filing lists for each Debtor, (c) authorizing the Debtors to redact certain personal identification information for the Debtor's employees and individual creditors, and (d) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended *Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these proceedings and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are: Mariner Health Central, Inc. (6203), Parkview Holding Company GP, Inc. (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the Motion were appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The requirements of Local Rule 1007-2(a) and Local Rule 2002-1(f)(v) that separate mailing matrices be submitted for each Debtor are permanently waived and the Debtors are authorized to file a single consolidated Creditor Matrix for all of these Chapter 11 Cases; *provided* that if any of these chapter 11 cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its own creditor mailing matrix and a list of its own top 20 unsecured creditors.

3. The Debtors shall cause a redacted copy of the Creditor Matrix (as set forth herein and in the HIPAA Motion (as defined below)), to be made available in readable electronic format (or in non-electronic format at such requesting party's sole cost and expense) upon reasonable request by parties in interest.

4. The Debtors are authorized to redact address information of the Debtors' employees and individual creditors listed on the Creditor Matrix and to redact names and addresses for individuals covered by HIPAA listed on the Creditor Matrix[3]; provided, however, the Debtors shall provide an unredacted version of the Creditor Matrix to the U.S. Trustee, which will be held in confidence under 11 U.S.C. § 107(c)(3), and to the Court (filed under seal), and, upon request, any official committee appointed in these chapter 11 cases. Any party in interest may make a request

---

[3] The Debtors have also filed the *Motion of the Debtors for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules* [Docket No. 5] (the "HIPAA Motion"). The HIPAA Motion seeks specific procedures to maintain patient information confidentiality in accordance with HIPAA.

for an unredacted copy of the Creditor Matrix (excluding information covered in the HIPAA Motion). Any party in interest that is not, upon request, provided with an unredacted version of the Creditor Matrix (excluding information covered in the HIPAA Motion), may file a motion with the Court to obtain an unredacted copy of the Creditor Matrix (excluding information covered in the HIPAA Motion).

5. Notwithstanding paragraph 4 of this Order, the Debtors are not required to provide an un-redacted version of the Creditor Matrix (excluding information covered in the HIPAA Motion) to any party in interest or official committee appointed in these chapter 11 cases unless and until such party signs a confidentiality agreement acceptable to the Debtors, unless otherwise ordered by this Court.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: September 21st, 2022**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:240656.5 54622/001