# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Carlene Huffman, by and through her counsel, Natalie B. Holm, Esq. of Holm Law Group, PC and Sarah A. Havens, Esq. of Havens Injury Law, Inc. hereby appears in the above-captioned cases pursuant to 11 U.S.C. §§ 342(a) and 1109(b) (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon:

| **HOLM LAW GROUP, PC**<br>Natalie B. Holm, Esq.<br>171 Saxony Road, Suite 203<br>Encinitas, CA 92024<br>Telephone: (858) 433-2001<br>Facsimile: (888) 483-3323<br>natalie@holmlawgroup.com | **HAVENS INJURY LAW, INC.**<br>Sarah A. Havens, Esq.<br>Havens Injury Law, Inc.<br>2712 Loker Avenue West #1117<br>Carlsbad, CA 92010<br>T: (619) 446-9476<br>E: sarah@havensinjurylaw.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

19093310-v1

limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim, or suit shall be deemed or construed to be a waiver of rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 22, 2022					**HOLM LAW GROUP, PC**

/s/ Natalie B. Holm
Natalie B. Holm,
Holm Law Group, PC
171 Saxony Road, Suite 203
Encinitas, CA 92023
Telephone: (858) 433-2001
Facsimile: (888) 483-3323
Email: natalie@holmlawgroup.com

Dated: September 22, 2022					**HAVENS INJURY LAW, INC.**

/s/ Sarah A. Havens
Sarah A. Havens, Esq.
Havens Injury Law, Inc.
2712 Loker Avenue West #1117
Carlsbad, CA 92010
T: (619) 446-9476
E: sarah@havensinjurylaw.com