**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al*.,[1] | Case No. 22-10877 (LSS ) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 16** |
| | **Objections Due:  October 18, 2022 at 4:00 p.m.**<br>**Hearing Date:  October 25, 2022 at 11:00 a.m.** |

## NOTICE OF MOTION OF THE DEBTORS FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE THE LEDESMA APPEALS

**PLEASE TAKE NOTICE** that on September 19, 2022, the above-captioned debtors and debtors- in-possession (the "**Debtors**") filed the *Motion of the Debtors for Relief from the Automatic Stay to Continue the Ledesma Appeals* [Docket No. 16] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Motion is attached hereto and may also be obtained by visiting http://www.kccllc.net/marinerhealthcentral.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be filed with the Court and served on or before **October 18, 2022 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, will be held on **October 25, 2022**  at 11:00 a.m. (ET) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of page intentionally left blank.]*

---

[1]  The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273).  The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

Dated: October 3, 2022
  Wilmington, Delaware

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
    tcairns@pszjlaw.com
    mcaloway@pszjlaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice* pending)
Carollynn H.G. Callari (*pro hac vice* pending)
David S. Forsh (*pro hac vice* pending)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019-4801
Telephone: (917) 790-7100
Email:  hrafatjoo@raineslaw.com
    ccallari@raineslaw.com
    dforsh@raineslaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*