# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF DISAGGREGATED AND UPDATED BUDGETS

**PLEASE TAKE NOTICE** that on September 19, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Declaration of Lawrence Perkins in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 12], which attached as Exhibit B the Debtors' consolidated 13-week cash flow budget.

**PLEASE TAKE FURTHER NOTICE** that on September 21, 2022, the Debtors filed a revised consolidated Budget.

**PLEASE TAKE FURTHER NOTICE** that at hearings held before the Court on September 21, 2022, the Court directed that the Debtors file disaggregated budgets showing cash flow by Debtor. On October 3, 2022, the Debtors filed such disaggregated 13-week cash flow budgets for the Debtors, as well as an updated consolidated budget. A copy of (a) the 13-week cash flow budget for Parkview Operating Company, LP, (b) the 13-week cash flow budget for Mariner Health Central, Inc., and (c) the updated consolidated budget, are annexed hereto as Exhibits A, B and C, respectively.

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are: Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

| | |
|---|---|
| Dated: October 3, 2022<br>Wilmington, Delaware | /s/ Mary F. Caloway<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Mary F. Caloway (DE Bar No. 3059)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>mcaloway@pszjlaw.com<br><br>- and -<br><br>Hamid R. Rafatjoo (*pro hac vice*)<br>Carollynn H.G. Callari (*pro hac vice*)<br>David S. Forsh (*pro hac vice*)<br>**RAINES FELDMAN LLP**<br>1350 Avenue of the Americas, 22nd Floor<br>New York, NY 10019-4801<br>Telephone: (917) 790-7100<br>Email: hrafatjoo@raineslaw.com<br>ccallari@raineslaw.com<br>dforsh@raineslaw.com<br><br>Proposed Counsel for the Debtors and Debtors-in-Possession |