**EXHIBIT A**

**(13-Week Cash Flow Budget of Parkview Operating Company, LP)**[1]

---

[1] Parkview Holding Company GP, LLC is the general partner of Parkview Operating Company, LP ("Parkview") and has no operations or assets other than its interest in Parkview.

**Subject to Further Revision**

**35478 Parkview Healthcare Center 13 Week Cash Flow Projection**

| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | 13 Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 9/30/2022 | 10/7/2022 | 10/14/2022 | 10/21/2022 | 10/28/2022 | 11/4/2022 | 11/11/2022 | 11/18/2022 | 11/25/2022 | 12/2/2022 | 12/9/2022 | 12/16/2022 | 12/23/2022 | Total |
| **CASH FLOW** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| Total Receipts | 273,546 | 284,329 | 284,329 | 284,329 | 284,329 | 274,449 | 274,449 | 274,449 | 274,449 | 283,478 | 283,478 | 283,478 | 283,478 | 3,642,570 |
| | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | |
| Salary and Wage Expense | 196,341 | - | 197,232 | - | 198,593 | - | 199,535 | - | 200,695 | - | 198,479 | - | 198,907 | 1,389,783 |
| Benefits Expense | 14,238 | 89,944 | 14,688 | 165,073 | 14,826 | 88,548 | 15,518 | 89,154 | 90,567 | 89,796 | 15,119 | 89,478 | 15,296 | 792,245 |
| Supplies & General Operating Costs | 10,395 | 24,942 | 51,039 | 18,748 | 47,983 | 21,107 | 52,116 | 21,393 | 45,188 | 23,134 | 46,877 | 23,079 | 52,261 | 438,260 |
| Utilities | - | 707 | 951 | 1,000 | 22,622 | 708 | 201 | 1,862 | 22,472 | 707 | 204 | 1,312 | 22,480 | 75,228 |
| Taxes | 58,410 | - | - | - | 53,498 | - | - | - | 53,432 | - | - | - | 53,462 | 218,803 |
| Other Operating Expense | 4,862 | 3,045 | 3,717 | 3,007 | 29,742 | 3,007 | 3,855 | 3,001 | 29,166 | 3,094 | 3,783 | 3,022 | 29,578 | 122,880 |
| Management Fee | - | - | - | - | 45,925 | - | - | - | 120,249 | - | - | - | 124,866 | 291,039 |
| Rent | 61,393 | - | - | - | - | 61,393 | - | - | - | 61,393 | - | - | - | 184,178 |
| Other | 13,656 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 613,656 |
| **Total Operating Disbursements** | 359,295 | 168,638 | 317,627 | 237,829 | 463,188 | 224,762 | 321,226 | 165,410 | 611,769 | 228,123 | 314,462 | 166,892 | 546,850 | 4,126,071 |
| | | | | | | | | | | | | | | |
| **Operating Cash Flow** | (85,749) | 115,690 | (33,299) | 46,500 | (178,859) | 49,687 | (46,777) | 109,039 | (337,320) | 55,355 | (30,984) | 116,587 | (263,371) | (483,501) |
| | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Professional & UST Fees | - | 12,500 | - | - | 3,975 | - | - | 550,491 | - | - | 12,500 | 303,961 | - | 883,427 |
| Other | - | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | 120,000 |
| **Total Non-Operating Disbursements** | - | 12,500 | 20,000 | - | 23,975 | - | 20,000 | 550,491 | 20,000 | - | 32,500 | 303,961 | 20,000 | 1,003,427 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow** | (85,749) | 103,190 | (53,299) | 46,500 | (202,834) | 49,687 | (66,777) | (441,452) | (357,320) | 55,355 | (63,484) | (187,374) | (283,371) | (1,486,928) |
| | | | | | | | | | | | | | | |
| **LIQUIDITY** | | | | | | | | | | | | | | |
| Beginning Balance | 3,405,210 | 3,319,462 | 3,422,652 | 3,369,353 | 3,415,853 | 3,213,019 | 3,262,706 | 3,195,929 | 2,754,477 | 2,397,157 | 2,452,512 | 2,389,028 | 2,201,653 | |
| (+) Net Cash Flow | (85,749) | 103,190 | (53,299) | 46,500 | (202,834) | 49,687 | (66,777) | (441,452) | (357,320) | 55,355 | (63,484) | (187,374) | (283,371) | |
| **Ending Cash** | 3,319,462 | 3,422,652 | 3,369,353 | 3,415,853 | 3,213,019 | 3,262,706 | 3,195,929 | 2,754,477 | 2,397,157 | 2,452,512 | 2,389,028 | 2,201,653 | 1,918,282 | |
| | | | | | | | | | | | | | | |
| Restricted Cash | - | - | - | - | - | - | - | 119,315 | 119,315 | 119,315 | 119,315 | 198,858 | 198,858 | |
| **Ending Cash Net of Restricted Cash** | 3,319,462 | 3,422,652 | 3,369,353 | 3,415,853 | 3,213,019 | 3,262,706 | 3,195,929 | 2,635,162 | 2,277,842 | 2,333,197 | 2,269,713 | 2,002,795 | 1,719,424 | |