**EXHIBIT B**

**(13-Week Cash Flow Budget of Mariner Health Central, Inc.)**

**Subject to Further Revision**

**Mariner Health Central 13 Week Cash Flow Projection**

| Week Ending: | Forecast 9/30/2022 | Forecast 10/7/2022 | Forecast 10/14/2022 | Forecast 10/21/2022 | Forecast 10/28/2022 | Forecast 11/4/2022 | Forecast 11/11/2022 | Forecast 11/18/2022 | Forecast 11/25/2022 | Forecast 12/2/2022 | Forecast 12/9/2022 | Forecast 12/16/2022 | Forecast 12/23/2022 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| **Total Receipts** | 984,082 | - | - | 853,573 | 1,358,718 | - | - | 853,545 | 1,316,018 | - | - | - | 853,555 | 6,219,492 |
| | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | |
| Salary and Wage Expense | 196,169 | - | 196,495 | - | 195,605 | - | 194,708 | - | 195,934 | - | 195,782 | - | 195,705 | 1,370,399 |
| Benefits Expense | 15,314 | 70,858 | 14,893 | 130,015 | 14,630 | 62,804 | 14,479 | 120,673 | 14,611 | 51,727 | 14,785 | 124,766 | 14,680 | 664,235 |
| Supplies & General Operating Costs | 924 | 37,236 | 12,113 | 24,657 | 42,185 | 46,007 | 10,668 | 31,418 | 24,382 | 50,773 | 12,385 | 20,373 | 33,662 | 346,783 |
| Utilities | - | 3,220 | 1,016 | 4,243 | 1,846 | 3,284 | 1,303 | 4,609 | 1,356 | 3,418 | 1,511 | 4,428 | 1,475 | 31,709 |
| Operating Legal | - | - | - | - | - | - | - | 156,313 | - | - | - | 114,375 | - | 270,688 |
| Other Operating Expense | 2,091 | 23,015 | 46,279 | 27,292 | 36,601 | 25,123 | 48,235 | 30,017 | 40,882 | 28,273 | 52,475 | 32,391 | 42,275 | 434,950 |
| Admin Support Fees | - | - | - | - | 315,547 | - | - | - | 907,869 | - | - | - | 907,878 | 2,131,294 |
| Rent | 13,363 | - | - | - | - | 13,363 | - | - | - | 13,363 | - | - | - | 40,089 |
| Other | - | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| **Total Operating Disbursements** | 227,860 | 149,329 | 285,796 | 201,208 | 621,415 | 165,581 | 284,394 | 358,029 | 1,200,035 | 162,552 | 291,939 | 311,333 | 1,210,675 | 5,470,146 |
| | | | | | | | | | | | | | | |
| **Operating Cash Flow** | 756,222 | (149,329) | (285,796) | 652,365 | 737,303 | (165,581) | (284,394) | 495,516 | 115,983 | (162,552) | (291,939) | (311,333) | (357,119) | 749,346 |
| | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Professional & UST Fees | - | 12,500 | - | - | 1,392 | - | - | 550,491 | - | - | 12,500 | 303,961 | - | 880,844 |
| Other | - | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | - | 20,000 | 120,000 |
| **Total Non-Operating Disbursements** | - | 12,500 | 20,000 | - | 21,392 | - | 20,000 | 550,491 | 20,000 | - | 32,500 | 303,961 | 20,000 | 1,000,844 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow** | 756,222 | (161,829) | (305,796) | 652,365 | 715,911 | (165,581) | (304,394) | (54,975) | 95,983 | (162,552) | (324,439) | (615,294) | (377,119) | (251,498) |
| | | | | | | | | | | | | | | |
| **LIQUIDITY** | | | | | | | | | | | | | | |
| Beginning Balance | 1,046,222 | 1,802,444 | 1,640,614 | 1,334,818 | 1,987,183 | 2,703,094 | 2,537,513 | 2,233,119 | 2,178,144 | 2,274,127 | 2,111,575 | 1,787,136 | 1,171,842 | |
| (+) Net Cash Flow | 756,222 | (161,829) | (305,796) | 652,365 | 715,911 | (165,581) | (304,394) | (54,975) | 95,983 | (162,552) | (324,439) | (615,294) | (377,119) | |
| **Ending Cash** | 1,802,444 | 1,640,614 | 1,334,818 | 1,987,183 | 2,703,094 | 2,537,513 | 2,233,119 | 2,178,144 | 2,274,127 | 2,111,575 | 1,787,136 | 1,171,842 | 794,723 | |
| | | | | | | | | | | | | | | |
| Restricted Cash | - | - | - | - | - | - | - | 39,086 | 39,086 | 39,086 | 39,086 | 65,143 | 65,143 | |
| **Ending Cash Net of Restricted Cash** | 1,802,444 | 1,640,614 | 1,334,818 | 1,987,183 | 2,703,094 | 2,537,513 | 2,233,119 | 2,139,058 | 2,235,041 | 2,072,489 | 1,748,050 | 1,106,699 | 729,580 | |