**EXHIBIT C**

**(Updated Consolidated 13-Week Cash Flow Budget of Debtors)**

**Subject to Further Revision**

**Parkview Healthcare Center and Mariner Health Central Consolidated 13 Week Cash Flow Projection**

| | Week Ending: | Forecast 9/30/2022 | Forecast 10/7/2022 | Forecast 10/14/2022 | Forecast 10/21/2022 | Forecast 10/28/2022 | Forecast 11/4/2022 | Forecast 11/11/2022 | Forecast 11/18/2022 | Forecast 11/25/2022 | Forecast 12/2/2022 | Forecast 12/9/2022 | Forecast 12/16/2022 | Forecast 12/23/2022 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW** | | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | | |
| **Total Receipts** | | 1,257,629 | 284,329 | 284,329 | 1,137,902 | 1,643,047 | 274,449 | 274,449 | 1,127,994 | 1,590,467 | 283,478 | 283,478 | 283,478 | 1,137,034 | 9,862,062 |
| | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | |
| Salary and Wage Expense | | 392,510 | - | 393,727 | - | 394,198 | - | 394,244 | - | 396,629 | - | 394,262 | - | 394,612 | 2,760,182 |
| Benefits Expense | | 29,552 | 160,802 | 29,581 | 295,088 | 29,456 | 151,352 | 29,997 | 209,827 | 105,177 | 141,522 | 29,905 | 214,244 | 29,975 | 1,456,479 |
| Supplies & General Operating Costs | | 11,319 | 62,178 | 63,152 | 43,406 | 90,169 | 67,114 | 62,784 | 52,811 | 69,569 | 73,906 | 59,261 | 43,452 | 85,923 | 785,043 |
| Utilities | | - | 3,927 | 1,968 | 5,244 | 24,468 | 3,991 | 1,505 | 6,471 | 23,828 | 4,125 | 1,715 | 5,740 | 23,955 | 106,937 |
| Taxes | | 58,410 | - | - | - | 53,498 | - | - | - | 53,432 | - | - | - | 53,462 | 218,803 |
| Operating Legal | | - | - | - | - | - | - | - | 156,313 | - | - | - | 114,375 | - | 270,688 |
| Other Operating Expense | | 6,953 | 26,060 | 49,996 | 30,300 | 66,342 | 28,130 | 52,090 | 33,018 | 70,048 | 31,367 | 56,259 | 35,414 | 71,853 | 557,830 |
| Management / Admin Fee | | - | - | - | - | 361,472 | - | - | - | 1,028,119 | - | - | - | 1,032,743 | 2,422,334 |
| Rent | | 74,756 | - | - | - | - | 74,756 | - | - | - | 74,756 | - | - | - | 224,267 |
| Other | | 13,656 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 65,000 | 793,656 |
| **Total Operating Disbursements** | | 587,155 | 317,967 | 603,424 | 439,037 | 1,084,603 | 390,343 | 605,620 | 523,439 | 1,811,804 | 390,676 | 606,401 | 478,225 | 1,757,524 | 9,596,218 |
| | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | | 670,473 | (33,639) | (319,095) | 698,865 | 558,444 | (115,894) | (331,171) | 604,555 | (221,337) | (107,198) | (322,923) | (194,747) | (620,490) | 265,844 |
| | | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | |
| Professional & UST Fees | | - | 25,000 | - | - | 5,367 | - | - | 1,100,982 | - | - | 25,000 | 607,921 | - | 1,764,271 |
| Other | | - | - | 40,000 | - | 40,000 | - | 40,000 | - | 40,000 | - | 40,000 | - | 40,000 | 240,000 |
| **Total Non-Operating Disbursements** | | - | 25,000 | 40,000 | - | 45,367 | - | 40,000 | 1,100,982 | 40,000 | - | 65,000 | 607,921 | 40,000 | 2,004,271 |
| | | | | | | | | | | | | | | | |
| **Net Cash Flow** | | 670,473 | (58,639) | (359,095) | 698,865 | 513,076 | (115,894) | (371,171) | (496,427) | (261,337) | (107,198) | (387,923) | (802,668) | (660,490) | (1,738,427) |
| | | | | | | | | | | | | | | | |
| **LIQUIDITY** | | | | | | | | | | | | | | | |
| Beginning Balance | | 4,451,432 | 5,121,905 | 5,063,266 | 4,704,171 | 5,403,036 | 5,916,113 | 5,800,219 | 5,429,048 | 4,932,621 | 4,671,284 | 4,564,086 | 4,176,164 | 3,373,496 | 4,451,432 |
| (+) Net Cash Flow | | 670,473 | (58,639) | (359,095) | 698,865 | 513,076 | (115,894) | (371,171) | (496,427) | (261,337) | (107,198) | (387,923) | (802,668) | (660,490) | (1,738,427) |
| **Ending Cash** | | 5,121,905 | 5,063,266 | 4,704,171 | 5,403,036 | 5,916,113 | 5,800,219 | 5,429,048 | 4,932,621 | 4,671,284 | 4,564,086 | 4,176,164 | 3,373,496 | 2,713,005 | 2,713,005 |
| | | | | | | | | | | | | | | | |
| Restricted Cash | | - | - | - | - | - | - | - | 158,401 | 158,401 | 158,401 | 158,401 | 264,001 | 264,001 | 264,001 |
| **Ending Cash Net of Restricted Cash** | | 5,121,905 | 5,063,266 | 4,704,171 | 5,403,036 | 5,916,113 | 5,800,219 | 5,429,048 | 4,774,221 | 4,512,884 | 4,405,686 | 4,017,763 | 3,109,495 | 2,449,004 | 2,449,004 |