**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered)<br><br>Related Dkt. Nos. 70, 72, 74 |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>　　　　　　　　Plaintiffs.<br><br>　v.<br><br>FILIMON ARZETA, *et al.*<br><br>　　　　　　　　Defendants | Adv. Pro. No. 22-50418 (LSS) |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>　　　　　　　　Plaintiffs.<br><br>　　v.<br><br>UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 22-50419 (LSS) |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

25873226-v6

| | |
|---|---|
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>       Plaintiffs.<br><br> v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Defendant. | Adv. Pro. No. 22-50420 (LSS) |

**[PROPOSED] ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO CONTINUE HEARING ON MOTIONS OF THE DEBTORS FOR AN ORDER EXTENDING THE AUTOMATIC STAY, OR IN THE ALTERNATIVE GRANTING INJUNCTIVE RELIEF, TO STAY PROSECUTION OF CERTAIN ACTIONS AGAINST NON-DEBTOR AFFILIATES**

Upon the Motion (the "Motion") of the Committee seeking adjournment of the hearing on the (i) *Motion of the Debtors for an Order Extending the Automatic Stay, or in the Alternative, Granting Injunctive Relief, to Stay Prosecution of the Integra Action Against Non-Debtor Affiliates* [D.I. 70, Adv. No. 22-50419 D.I. 3] (the "Integra Stay Motion"), (ii) *Motion of the Debtors for an Order Extending the Automatic Stay, or in the Alternative, Granting Injunctive Relief, to Stay Prosecution of Certain Actions Against Non-Debtor Affiliates* [D.I. 72, Adv. No. 22-50418 D.I. 3] (the "Covered Actions Stay Motion"), and (iii) *Motion of the Debtors for an Order Granting Injunctive Relief and Enjoining Prosecution of the PSC Action* [D.I. 74, Adv. No. 22-50420 D.I. 3] (the "PSC Stay Motion" and together with the Integra Stay Motion and the Covered Actions Stay Motion, the "PI Motions"), which are currently set for hearing on October 25, 2022, at 11:00 a.m.; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal

2

25873226-v6

and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The hearing on the PI Motions shall be held on a date after which venue has been decided and the Committee and any other party in interest has had an opportunity to take discovery and following briefing and argument. A reasonable objection deadline complying with any applicable Local Rules will be set in relation to the PI Motions.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.