## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF MIRIAM DALE PICHEY
### IN SUPPORT OF VENUE IN DELAWARE

I, Miriam Dale Pichey, hereby declare as follows:

1. I am the managing member of Tampa Avenue Property, LLC ("**Lessor**"). The nursing facility that is operated by Parkview Operating Company, LP in Hayward, CA is leased from Lessor.

2. I make this declaration on behalf of Lessor in support of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and their opposition to the pending motion to transfer venue of these bankruptcy cases from Delaware to Oakland.

3. Oakland is not a convenient venue for Lessor in comparison to Delaware, as I reside in Massachusetts. More importantly, Lessor prefers that the Debtors successfully reorganize and believes this is more likely if the Debtors are able to proceed with their chosen venue in Delaware. Accordingly, Lessor supports venue for the Debtors' bankruptcy cases in Delaware.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: October 17, 2022

By: *Miriam Dale Pichey*
Miriam Dale Pichey
Managing Member, Tampa Avenue Property, LLC

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

3096780.1