IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF BOYD GENTRY
### IN SUPPORT OF VENUE IN DELAWARE

I, Boyd Gentry, hereby declare as follows:

1. I am a creditor of and counterparty to Mariner Health Central, Inc. ("**Mariner Central**"). I make this declaration in support of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and their opposition to the pending motion to transfer venue of these bankruptcy cases from Delaware to Oakland.

2. I reside in Denver, Colorado and frequently conduct business out of Atlanta, Georgia. While I currently provide operational and regulatory advisory services as a consultant to Mariner Central, I am also a former senior officer with the Mariner Health Care group of companies including among other things service as the treasurer, chief financial officer and president of various group companies at various times. I note that the Mariner Health Care group of companies have historically been headquartered in Atlanta. To my knowledge, Mariner Central remains headquartered in Atlanta today.

3. I support venue for the Debtors' bankruptcy cases in Delaware rather than in Oakland. First, Oakland is not a convenient venue for me (or, I believe, for many creditors) either

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

1

3096774.1

in the abstract or in comparison to Delaware. Secondly, and much more importantly, I believe that the Debtors are more likely to maximize value and achieve the best result for their estates and stakeholders in Delaware.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: October 18, 2022            By: _____
                                              Boyd Gentry