IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JACK LUNDSTEDT**
**IN SUPPORT OF VENUE IN DELAWARE**

I, Jack Lundstedt, hereby declare as follows:

1. I am the counsel for Sysco Corporation ("**Sysco**"), a creditor and contract counterparty in these bankruptcy cases.

2. I make this declaration on behalf of Sysco in support of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and their opposition to the pending motion to transfer venue of these bankruptcy cases from Delaware to Oakland.

3. Sysco is based in Houston. Under the circumstances of these bankruptcy cases, venue is more convenient for Sysco in Delaware than in Oakland.

4. Sysco prefers that the Debtors successfully reorganize and believes this is more likely if the Debtors are able to proceed with their chosen venue in Delaware. Accordingly, Sysco supports venue for the Debtors' bankruptcy cases in Delaware.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: October 18, 2022

By: _____
Jack Lundstedt
Counsel for Sysco Corporation

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

3096786.1