# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered)<br><br>Related Dkt. Nos. _____<br><br>**Hearing: October 25, 2022 at 1:00 a.m.**<br>**Objections Due: TBD** |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**MOTION AND JOINDER TO TRANSFER VENUE OF THE DEBTORS' CHAPTER 11**
**CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN**
**DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

Upon the Motion and Joinder of the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases, to Transfer Venue of These Chapter 11 Cases to the United States Bankruptcy Court for the Northern District of California, Oakland Division (the "Motion and Joinder"), and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and Joinder and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and pursuant to 28 U.S.C. §§ 1404, 1408, 1412 and Bankruptcy Rule 1014; due and proper notice of the Motion and Joinderhaving been provided to the necessary parties; and the Court having determined that the legal and factual bases set forth in the Motion and Joinder establish that the interest of justice and the convenience of the parties justify granting the relief requested; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

1

25890437-v1

ORDERED AND DECREED THAT:

1. The Motion and Joinder is GRANTED, as set forth herein.

2. The bankruptcy cases referenced in the caption are transferred to the United States Bankruptcy Court for the Northern District of California, Oakland Division.

3. All related adversary proceedings are transferred to the United States Bankruptcy Court for the Northern District of California, Oakland Division.