# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered)<br><br>Re: Dkt 120 |

### [PROPOSED] ORDER SHORTENING NOTICE WITH RESPECT TO THE COMMITTEE'S MOTION TO TRANSFER VENUE OF THE DEBTORS' CHAPTER 11 CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

Upon the Motion (the "Motion") of the Committee seeking entry of an order shortening notice and the objection periods for the *Official Committee of Unsecured Creditors' Motion to Transfer Venue of the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the Northern District of California, Oakland Division* (the "Motion to Transfer"); and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The hearing on the Motion to Transfer shall be held on October 25, 2022 at 11:00

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

a.m. (ET), with objections to such relief, if any, due no later than October 21, 2022 at 12:00 p.m. (ET), or such later time as agreed to by the parties.

        3.       This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.