### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 61** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO EMPLOY AND RETAIN SIERRACONSTELLATION PARTNERS, LLC TO PROVIDE THE DEBTORS WITH A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL AND (II) DESIGNATING LAWRENCE R. PERKINS AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER, EFFECTIVE AS OF THE PETITION DATE**

The undersigned hereby certifies that:

1. On October 3, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain SierraConstellation Partners, LLC to Provide the Debtors with a Chief Restructuring Officer and Additional Personnel and (II) Designating Lawrence R. Perkins as the Debtors' Chief Restructuring Officer, Effective as of the Petition Date* [Docket No. 61] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Pursuant to the notice of Application, responses were due to be filed on, or prior to, October 18, 2022, at 4:00 p.m. (ET) (the "Objection Deadline). The Debtors received informal comments to the Application from the Office of the United States Trustee (the "UST").

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

The undersigned certifies that the Bankruptcy Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon.

        3.        A revised form of order (the "**Proposed Order**") resolving the UST's comments is attached hereto as **Exhibit 1**. A blackline comparison of the Proposed Order against the form of order filed with the Application is attached hereto as **Exhibit 2**. The UST does not object to entry of the order.

        4.        Accordingly, the Debtors respectfully request entry of the Proposed Order at the Bankruptcy Court's convenience.

Dated: October 20, 2022  
       Wilmington, Delaware

*/s/ Mary F. Caloway*  
Laura Davis Jones (DE Bar No. 2436)  
Timothy P. Cairns (DE Bar No. 4228)  
Mary F. Caloway (DE Bar No. 3059)  
**PACHULSKI STANG ZIEHL & JONES LLP**  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, DE 19899-8705 (Courier 19801)  
Telephone:   (302) 652-4100  
Facsimile:    (302) 652-4400  
Email:       ljones@pszjlaw.com  
                tcairns@pszjlaw.com  
                mcaloway@pszjlaw.com

- and -

Hamid R. Rafatjoo (Admitted *pro hac vice*)  
Carollynn H.G. Callari (Admitted *pro hac vice*)  
David S. Forsh (Admitted *pro hac vice*)  
**RAINES FELDMAN LLP**  
1350 Avenue of the Americas, 22nd Floor  
New York, NY 10019-4801  
Telephone:   (917) 790-7100  
Email:       ccallari@raineslaw.com  
                dforsh@raineslaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*