## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Mariner Health Central Inc. | ) | Case No.    22-10877 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Parkview Operating Company, LP | ) | Case No.    22-10878 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Parkview Holding Company GP, LLC | ) | Case No.    22-10879 |

## DECLARATION OF DOUGLAS ALLEN IN REPLY TO THE OBJECTION RE VENUE

I, Douglas B. Allen, declare as follows:

1. I am an Assistant District Attorney for the County of Santa Cruz California. I have been admitted to practice in California for 40 years, and admitted to the Northern, Eastern and Central Districts of California, the 9th Circuit and the Supreme Court.

2. I am a member of multiple ongoing and *ad hoc* task force groups of prosecutors investigating unlawful conduct in California skilled nursing facilities ("SNFs"). Together with

other local prosecutors and the Attorney General of California, we have been investigating the "Mariner Group of Companies" ("Mariner"), for unlawful conduct in their skilled nursing operations. The California Department of Justice first contacted Mariner's skilled nursing operations management in 2019, pointing out that they appear to be understaffing and failing to comply with California law mandating report of incidents of elder/dependent abuse and endangerment.

3. Attached as Exhibit 1, is the condensed transcript of the Deposition of Kenneth Tabler taken by me on February 15, 2022, where at pages 22 through 26 he clearly testifies that Debtor, Mariner Health Central Inc. does not have offices outside of California, except to lease offices for the parent corporations.

4. Attached as Exhibit 2, are records downloaded from the California Secretary of State by me, reflecting the principal place of business of Tampa Avenue Property LLC is in California's East Bay Area.

5. According to listings on the internet, *PharMerica* is a Fortune 1,000 company with offices all over the country and an office serving the California East San Francisco Bay, located at, 32980 Alvarado-Niles Rd # 836, Union City, California, exactly 20.8 miles to the Oakland, California, United States Bankruptcy Court at, 1300 Clay St, Oakland, California. Attached as Exhibit 3 is a Google Maps® showing the way to the Oakland Federal Courthouse.

6. As Mr. Tabler testified on February 15, 2022, all of Mariner's business is directed to its California Operations and nowhere else (Exhibit 1, pages 58-61).

7. The People have earnestly tried to work with Debtors for over a year to reach an agreement to improve the conditions of the residents. On October 4th, the People's representatives met with Mariner all day and negotiated a preliminary injunction and a special

master order to allow both sides to investigate and remedy unlawful practices and conditions

through the special masters.  The People believed that an agreement had been reached regarding

the order to be entered in State Court.  No discussion of venue change occurred.  However, the

People expected Mariner to hold off on filing their motion for immediate relief under 11 USC

§105, because the negotiated order would vitiate the need for further litigation.  Mariner, none

the less, filed their request for immediate relief.  The People requested that they withdraw the

motion in light of the agreement, but they refused.  Instead, Mariner began to try to re-negotiate

material terms of the agreement.  The People were forced to defend the motion filed in the

adversary proceeding.

      8.  The People filed a joinder of the *Ladesma* plaintiffs' motion because it was already on

calendar and the People's joinder would avoid the waste of resources to set a separate motion.

           I declare the foregoing to be true and correct of my own knowledge as to direct
observations and as to information I have received, based upon my information and belief, and
do so under the penalty of perjury pursuant to 28 USC §1746.  Executed, October 20, 2022, at
Santa Cruz, California.

_____
Douglas B. Allen,
Assistant District Attorney

# EXHIBIT
# 1

**Kenneth Tabler**
**February 15, 2022**

Page 1

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA


PEOPLE OF THE STATE OF CALIFORNIA,

       Plaintiff,

vs.                           CASE NO:
                                   RG21095881

MARINER HEALTH CARE INC., A DELAWARE
CORPORATION; NATIONAL SENIOR CARE, INC.,
A DELAWARE CORPORATION; MARINER HEALTH CARE
MANAGEMENT CO., A DELAWARE CORPORATION;
MARINER HEALTH CENTRAL INC., A DELAWARE
CORPORATION; ET. AL.

       Defendants.

                                /


REMOTE VIDEOCONFERENCE DEPOSITION OF:  KENNETH TABLER

DATE:  TUESDAY, FEBRUARY 15, 2022

TIME:  9:04 A.M.

PLACE:  REMOTE

REPORTER:  CONNIE WEBB, CSR NO. 10811

# Kenneth Tabler
## February 15, 2022

---

**Page 2**

```
1
2                    APPEARANCES
3    For the plaintiff:
4    District Attorney of Santa Cruz
     DOUG ALLEN, ESQUIRE
5    Assistant District Attorney
     701 Ocean Street, Suite 200
6    Santa Cruz, California 95060
     (831) 454-2930
7    Douglas.Allen@santacruzcounty.us
8    District Attorney of Marin
     ANDRES PEREZ, ESQUIRE
9    Deputy District Attorney
     3501 Civic Center Drive, Suite 145
10   San Rafael, California 94903-4189
     (415) 473-6450
11   Aperez@marincounty.org
12   District Attorney of Alameda County
     LORI SCHNALL, ESQUIRE
13   Deputy District Attorney
     1225 Fallon Street, Suite 900
14   Oakland, California 94612-4208
     (510) 272-6222
15   Lori.Schnall@acgov.org
16   District Attorney of Los Angeles County
     SEZA MIKIKIAN, ESQUIRE
17   Deputy District Attorney
     211 West Temple Street, Suite 1000
18   Los Angeles, California 90012
     (213) 257-2450
19   Smikikian@da.lacounty.gov
20
     For the defendant:
21
     DARRYL A. ROSS, ESQUIRE
22   Mariner Health Central, Inc.
     5440 Trabuco Road
23   Irvine, California 92620-5704
     949-238-7775
24   daross@marinerhealthcare.com
25
```

---

**Page 4**

```
1                   WITNESS INDEX
2
3    WITNESS                          PAGE
4
5    KENNETH TABLER
     By Mr. Allen:                     6
6
7
8
9                   EXHIBIT INDEX
10
11   NO.  DESCRIPTION               MARKED
12
13   1  Second-amended Notice of Deposition    12
14   2  Deponent's declaration in support of    12
        motion to quash service
15
16   3  Organizational chart          12
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
1                    APPEARANCES
2                    (continued)
3
4    Also present:
5    Matt Clark
     Devin Ehrlich, general counsel
6    Linda Taetz
     Kristy Prince Owen
7
8
9
10
11
12
13
14
15
16
17
18
19
20       DEPOSITION OF KENNETH TABLER, taken on behalf of
21   the plaintiff in Eureka, California, on February 15,
22   2022, at 9:04 a.m., before Connie Webb, CSR No. 10811.
23
24
25
```

---

**Page 5**

```
1           TUESDAY, FEBRUARY 15, 2022
2                  •  •  •
3               9:04 A.M.
4                  •  •  •
5
6        THE REPORTER:  Good morning, everyone.
7    My name is Connie Webb, CSR 10811, and I'm
8    located at my office in Eureka, California.  Today's date
9    is Tuesday, February 15, 2022, and the time is 9:04 a.m.
10       This is the remote Zoom deposition of Kenneth
11   Tabler in the matter of People of the State of California
12   versus Mariner Health Care Inc., et al., case number
13   RG21095881, taken on behalf of the plaintiff.
14       This deposition and any transcript produced
15   therefrom will be handled pursuant to California CCP
16   2025.
17       Will counsel please state your appearances
18   starting with the noticing attorney?
19       MR. ALLEN:  Yes.  Good morning.  This is
20   Douglas Allen.  I'm an assistant district attorney with
21   the County of Santa Cruz.
22       MR. ROSS:  Good morning.  Darryl Ross and Matt
23   Clark via Zoom for the defendants and for the witness.
24       Also present in the room with me is Devin
25   Ehrlich, general counsel; Linda Taetz who is president of
```

2  (Pages 2 to 5)

## Kenneth Tabler
## February 15, 2022

### Page 6

1  the different operating companies named in the lawsuit;
2  and Kristy Prince Owen who's director of legal affairs
3  for Mariner Health Central.
4      Okay. Is that everyone?
5      MR. ALLEN: We also have Seza Mikikian from the
6  LA County's District Attorney's Office, Lori Schnall from
7  the Alameda District Attorney's Office, and Andy Perez
8  from the Marin County District Attorney's Office joining
9  us to observe.
10     THE REPORTER: Okay. And Mr. Tabler, if you
11 could raise your right hand to be sworn?
12
13           KENNETH TABLER,
14     a witness called on behalf of the plaintiff,
15 having been first duly sworn to testify to the truth,
16 the whole truth, and nothing but the truth, was
17 examined and testified on his oath as follows:
18     THE REPORTER: Thank you.
19
20           EXAMINATION
21
22 BY MR. ALLEN:
23     Q  Good morning, Mr. Tabler.
24     A  Good morning, Mr. Allen.
25     Q  Can you hear me all right?

### Page 7

1      A  Yes, sir.
2      Q  Okay. So Mr. Tabler, you've had your
3  deposition taken before. Can you give me a guesstimate
4  as to how many times you think you've had your deposition
5  taken?
6      A  I don't know the exact number, but I would say
7  it's in excess of 20 times.
8      Q  Okay. So you understand that you're under oath
9  and that everything you say is being taken down, that
10 you're certainly entitled to take a break and consult
11 with counsel.
12     But if I have a question pending, I'm going to
13 ask you to finish the answer before you do that. And
14 that you have to be able to give clear testimony, so I
15 assume you're not under any drugs or any other
16 impediments to keep you from giving good testimony.
17     You understand all of that, I assume?
18     A  Yes, I do.
19     Q  Okay. Just briefly, is there anyone else in
20 the room with you today?
21     A  No.
22     Q  Do you have a cell phone with you?
23     A  Yes, I do.
24     Q  Where's the cell phone?
25     A  It's sitting on my desk right on my left-hand

### Page 8

1  side.
2      Q  If you'd be so kind as to put it away from
3  where you are, I'd appreciate it.
4      A  Sure.
5      Q  If you want to consult with counsel, like I
6  said, we'll be able happy to allow you to do that. I
7  would very much prefer that you don't communicate with
8  anybody by cell phone, including your attorneys, because
9  that just complicates everything.
10     And even if it's an innocent communication, I
11 would much prefer you talk to them over the -- the Zoom
12 either in a break out room or some fashion like that --
13 or actually have a phone call with them during a break.
14 That's -- that's --
15     A  Okay. I'm going to put it in a drawer so that
16 I don't have access or see it. So...
17     Q  Great. Great.
18     A  Okay. I'm set.
19     Q  Very good. I'm sorry. I missed you in
20 Baltimore.
21     A  Well, it's cold, about 12 degrees here. So I
22 think you picked a good time to -- to do this via Zoom
23 from California.
24     Q  Yes. Well, Mr. Perez and I were looking
25 forward to enjoying the cold weather back there, but

### Page 9

1  that's one of the reasons I changed the arrangements.
2      So can you give us your residence address,
3  please?
4      MR. ROSS: I'm sorry. Did you ask him for his
5  residence address?
6      MR. ALLEN: Yes.
7      MR. ROSS: I'd object on privacy. Why do you
8  need his home address?
9      MR. ALLEN: So I know where he lives.
10     MR. ROSS: Right. I'd object on privacy. I'd
11 like to know --
12     MR. ALLEN: I promise I won't disseminate it to
13 the world. I have no intention of doing that. But being
14 as it's important that I know the residence address in
15 case we need to actually serve any kind of document
16 directly upon Mr. Tabler, who's an officer of the
17 company.
18     MR. ROSS: I would object. I don't want his
19 home address in a transcript. I've never had an issue.
20 I'm happy, if he should leave the employ of Mariner
21 Health Central, to provide his home address if I no
22 longer represent him. But he certainly can be served at
23 my office or at his business address.
24     And there's no issue with you having his
25 business address, but I do object on privacy grounds to

**Kenneth Tabler**
**February 15, 2022**

## Page 10

1   his home address, Mr. Allen.
2       MR. ALLEN: Well, Madam Court Reporter, would
3   you separately mark that question?
4       THE REPORTER: Sure.
5       (Record marked.)
6       And if you -- we'll address this more later.
7   But if you continue to object and refuse to answer, I'll
8   let you know right now that I will probably cite you into
9   superior court on a motion to compel. So --
10      MR. ROSS: Just so we're clear, you're entitled
11  to compel any -- any testimony you believe is
12  appropriate. And I'm entitled to assert objections,
13  including privacy.
14      So we don't need to get off on the wrong foot
15  here. So let's just move forward, and we'll see what
16  comes.
17      MR. ALLEN: I understand my duties, Mr. Ross.
18  You don't need to explain them to me.
19      Q  (By Mr. Allen) Now, Mr. Tabler, in what city is
20  your home address?
21      A  I really -- I don't live in a city. I live in
22  Upperco, Maryland.
23      Q  Say that again. Upper what?
24      A  Upperco, Maryland.
25      Q  Okay. And approximately how far is that from

## Page 11

1   Baltimore?
2      A  It's approximately 15 miles, maybe a half-hour,
3  45-minute drive.
4      Q  Are you currently in Sparks, Maryland?
5      A  Yes.
6      Q  Or -- okay.
7      Are you at an office?
8      A  Yes. I'm at my office.
9      Q  And your office -- is that the offices of one
10  of the Mariner entities, for instance, National Senior
11  Care?
12      A  It's at the office of Fundamental
13  Administrative Services.
14      Q  Okay. So you have a -- a college degree from
15  Loyola College in Baltimore, an accounting degree; is
16  that correct?
17      A  Yes, that's correct.
18      Q  And you received that in 1980. You're just a
19  young guy. And you are also a certified public
20  accountant; is that correct?
21      A  Yes, that's correct.
22      Q  You obviously have a lot of years of business
23  experience, but you have no education following those
24  matters I just mentioned?
25      A  That -- that's correct.

## Page 12

1      MR. ALLEN: Okay. Now, I sent out three
2  exhibits. One is the notice -- the second-amended notice
3  of your deposition.
4      (Exhibit 1 marked.)
5      MR. ALLEN: Exhibit 2 is your declaration that
6  you filed in this action in support of the motion to
7  quash service by Mariner Health Central, Mariner Health
8  Care Management Company and National Senior Care.
9      (Exhibit 2 marked.)
10      MR. ROSS: Mr. Allen, I think you misspoke when
11  you were naming the parties who are --
12      MR. ALLEN: You are correct, Counsel. Not
13  Mariner Health Central. Mariner Health Care, Inc. Thank
14  you. National Senior Care and Mariner Health Care
15  Management Company.
16      Q  (By Mr. Allen) Did you -- do you have a copy of
17  that with you?
18      A  Yes. I -- I have in front of me the exhibits
19  that you sent. So -- so I do have those in front of me
20  right now.
21      MR. ALLEN: Very good.
22      And Exhibit 3 is an organizational chart that
23  was attached to the declaration of Miss Owen.
24      (Exhibit 3 marked.)
25      Q  (By Mr. Allen) Do you have that in front of

## Page 13

1   you?
2      A  Yes, I do. Yes, sir.
3      Q  Have you seen that organizational chart before?
4      A  Yes.
5      Q  Are you familiar with it?
6      A  Yes.
7      Q  Okay. We'll come back to the organizational
8  chart.
9      Now, you indicate in your declaration you're an
10  officer and director of National Senior Care, Inc.
11  That's correct, I assume?
12      A  Yes.
13      Q  And what officer are you?
14      A  I -- I'm the president.
15      Q  Okay. Are there any other officers of National
16  Senior Care, Incorporated?
17      A  Yes.
18      Q  And who are they?
19      A  Devin Ehrlich.
20      Q  Anyone else?
21      A  Just the two of us.
22      Q  Okay. And how many shareholders does National
23  Senior Care have?
24      A  National Senior Care has one shareholder.
25      Q  Is that a member of the Grunstein family?

**Kenneth Tabler**
**February 15, 2022**

## Page 14

1  A  Yes.
2  Q  Is it an individual?  Or is it held in a trust?
3  Or how is -- how is the stock held?
4  A  It's held by an individual.
5  Q  Now, my understanding is Harry Grunstein passed
6  away; is that correct?
7  A  Yes, sir, he did.
8  Q  And so who is the holder of the shares now?
9  A  His -- his wife Emily Grunstein.
10  Q  Can you spell that, please?
11  A  G-R-U-N-S-T-E-I-N.
12  Q  And she spells Emily how?
13  A  E-M-I-L-Y, I think.
14  Q  Okay.  Does National Senior Care have an
15  office?
16  A  There -- it -- it has no formal office.  I
17  believe we use an Atlanta address for its business
18  office.
19  Q  Okay.  This Atlanta address, is it, like, an
20  office suite of some kind?  Or what -- can you describe
21  it for me?
22  A  I believe it's an office in a law firm.
23  Q  Okay.  What's the name of the law firm?
24  A  I don't have that memorized.
25  Q  Is the law firm affiliated or ever been

## Page 15

1  affiliated with Harry Grunstein's brother Leonard?
2  A  No.
3  Q  Okay.  Does -- National Senior Care, does it
4  have an office in Sparks, Maryland?
5  A  No.
6  Q  Is your company Fundamental Administrative
7  Services in Sparks, Maryland?
8  MR. ROSS:  The question's vague.  Object to the
9  form.
10  Q  (By Mr. Allen) I may be a little less than
11  articulate in describing it as "your company."
12  Are you still affiliated with Fundamental
13  Administrative Services?
14  A  Yes.
15  Q  And Fundamental Administrative Services is a
16  company completely separate from the Mariner entities; is
17  that correct?
18  A  That's correct.
19  Q  The ownership's completely different?
20  A  Yes.  That -- the ownership is completely
21  different.
22  Q  And you are one of several owners, I take it,
23  of Fundamental Administrative Services?
24  A  I'm not an owner.  I'm an employee.
25  Q  You're just an employee.  Okay.  I apologize

## Page 16

1  for using the word "just."
2  So Fundamental Administrative Services provides
3  accounting and other financial-type administrative
4  services; is that correct?
5  A  Yes.
6  Q  Is Fundamental Administrative Services, as an
7  entity, providing services to any of the Mariner
8  entities -- and by that, I would include all the entities
9  we see in Exhibit 3?
10  A  Yes.
11  Q  And do they provide those services through you?
12  A  No.  Fundamental Administrative Services has a
13  contract with Mariner Health Central.  So it provides
14  services to that entity.
15  Q  Okay.  And what types of services does it
16  provide?
17  A  I'm going to categorize it as back office
18  support.  And I think you mentioned, Mr. Allen,
19  accounting, tax, cost accounting or cost reports,
20  those -- those types of support.
21  Q  Okay.  Let's get back to National Senior Care
22  for a moment.
23  When did you become the president of National
24  Senior Care?
25  A  I believe it was in my declaration, 2014.

## Page 17

1  Q  And did you hold an officer position prior to
2  2014?
3  A  Not with National Senior Care, no.
4  Q  You were acting as a consultant to National
5  Senior Care prior to 2014?
6  A  Prior to that, I provided services through FAS
7  to National Senior Care, so as a consultant, yes.
8  Q  And FAS -- by that you mean Fundamental
9  Administrative Services?
10  A  Yes, sir.
11  Q  Okay.  Okay.  Prior to 2014, who was the
12  president of National Senior Care?
13  A  I -- I don't know.  I think it was
14  Mr. Grunstein.
15  Q  Okay.  And prior to 2014, was Mr. Ehrlich an
16  officer of National Senior Care?
17  A  Yes.
18  Q  And prior to 2014, were there any other
19  officers?
20  A  Not to my knowledge.
21  Q  Prior to 2014, National Senior Care was
22  still -- had a sole shareholder at that time, it would
23  have been Harry Grunstein?
24  A  That's correct.
25  Q  Okay.  And so who hired you as the president?

5 (Pages 14 to 17)

**Kenneth Tabler**
**February 15, 2022**

## Page 18

1 I assume Emily Grunstein?
2        MR. ROSS:  Back in 2014?
3        MR. ALLEN:  In 2014, yes.
4        THE WITNESS:  In 2014, Mr. Grunstein was still
5 alive.
6        MR. ALLEN:  Ah, okay.
7     Q   (By Mr. Allen) When did he pass away?
8     A   I believe -- and my timeframe with COVID has
9 gotten very skewed.  I believe it's a 2017, 2018
10 timeframe.
11     Q   Okay.  And between 2014 and now, have there
12 been any other officers other than Mr. Ehrlich?
13     A   And myself, no.
14     Q   Okay.  In what state is Mr. Ehrlich's address?
15     A   He lives in Georgia.
16     Q   Okay.  Is the law firm where the office down
17 there, is that a law firm that's associated with
18 Mr. Ehrlich?
19        MR. ROSS:  Object to the form.
20        THE WITNESS:  When you say "associated," I -- I
21 think it was a prior acquaintance.  But I don't believe
22 he worked there or has any other relationship with them.
23     Q   (By Mr. Allen) Okay.  He wasn't an associate, a
24 member or a partner or anything like that?
25     A   Correct.

## Page 19

1     Q   Okay.  Does the law firm where this nominal
2 office is, do they do corporate formation and other
3 corporate advice for the company?
4     A   To my knowledge, we've never used them.  I
5 don't know -- Mr. Ehrlich may have had a conversation,
6 but I've never been involved in any discussions with
7 them.  And -- and I don't believe I've ever seen an
8 invoice for services.
9     Q   So they just provide a -- a nominal location
10 for the company; is that correct?
11     A   I don't know nom -- I think they provide an
12 office.  I believe there's a lease.
13     Q   Do you know how much the lease costs?
14     A   No, I don't.
15     Q   National Senior Care doesn't have any
16 employees, correct?
17     A   That's correct.
18     Q   So the only two people other than -- the only
19 three people affiliated with National Senior Care, in
20 terms of its ownership and control, is you, Mr. Ehrlich
21 and then the sole shareholder?
22        MR. ROSS:  Object to the form of the question.
23 Calls for a legal conclusion.
24        But go ahead, Mr. Tabler.
25        THE WITNESS:  Could you repeat the question

## Page 20

1 just so I understand the exact language you used, sir?
2     Q   (By Mr. Allen) All we have for National Senior
3 Care is you and Mr. Ehrlich as officers and the sole
4 shareholder.  There are no other employees, no other
5 officers, directors, any other person that has anything
6 to do with ownership or control of the company.
7     A   That's correct.
8     Q   Okay.  Does the company have income?
9     A   When you say "company" at --
10     Q   Does National Senior Care have income?
11     A   No.  It does not have a -- a regular stream of
12 income.
13     Q   It doesn't have any source of revenue?
14     A   Correct.
15     Q   How does it pay a lease?
16     A   Those -- those funds are advanced and paid by
17 Mariner Health Central.
18     Q   Okay.  Is -- does Mariner Health Central do
19 centralized accounting for National Senior Care, Mariner
20 Health Care Management and Mariner Health Care, Inc.?
21     A   Yes.  That entity would be responsible for --
22 for those functions.
23     Q   Okay.  Does the Grunstein family have any
24 ownership in Mariner Health Central?
25     A   Only an indirect ownership through -- through

## Page 21

1 National Senior Care.  They do not have direct ownership
2 of -- of Mariner Health Central from the standpoint of
3 owning any -- you know, a percentage of that entity.
4     Q   Okay.  You get paid a salary at National Senior
5 Care?
6     A   No.
7     Q   Does Miss -- do you know if Mr. Ehrlich gets
8 paid a salary at National Senior Care?
9     A   Yes, I know.  And he does not.
10     Q   Okay.  And when I say "at," I should have said
11 "from" National Senior Care.
12        So National Senior Care doesn't have any
13 payroll.  It doesn't have any source of revenue other
14 than to get advances to pay its expenses from Mariner
15 Health Central; is that correct?
16     A   Correct.
17     Q   Does National Senior Care, other than owning
18 Mariner Health Care, Inc. have ownership in any other
19 subsidiary or entity?
20     A   I'm sorry.  That -- you're asking me what --
21 what National Senior Care -- it only owns Mariner Health
22 Care, Inc.
23     Q   Okay.  That's -- that's exactly what I was
24 getting at.
25        Okay.  And feel free to refer to Exhibit 3 if

**CAL Reporting 925-425-9669**

**Kenneth Tabler**
**February 15, 2022**

Page 22

1  you want 'cause I'm doing that. So let's -- let's turn
2  to Mariner Health Care, Inc.
3       Are you an officer with Mariner Health Care,
4  Inc.? I think you said you were.
5    A  Yes, sir.
6    Q  And what officer are you?
7    A  My entitle and office is president.
8    Q  Are there any other officers?
9    A  Devin Ehrlich.
10   Q  Do either you or Mr. Ehrlich receive a salary
11  from Mariner Health Care, Inc.?
12   A  No.
13   Q  Does Mariner Health Care, Inc. have a stream of
14  revenue?
15   A  No.
16   Q  Does -- Mariner Health Care, Inc. does not have
17  any employees, correct?
18   A  That's correct, sir.
19   Q  And it's sole shareholder is National Senior
20  Care, inc.?
21   A  Correct.
22   Q  Does Mariner Health Care, Inc. have an office?
23   A  It uses that Georgia address as its office.
24   Q  And as Mariner Health Central advances the cost
25  of that office for National Senior Care, so does it also

Page 23

1  advance the cost of the office on behalf of Mariner
2  Health Care, Inc.?
3    A  Well, I just -- just want to be clear that I
4  think the lease is actually in the name of Mariner Health
5  Central, Inc.
6    Q  Okay.
7    A  And those other entities also use that address.
8  So they don't have separate leases for each of those
9  entities with that law firm.
10   Q  Okay. All right.
11      Now, on our organizational chart, there is a
12  line to a company called Mariner Health Care Management
13  Company. Do you see that?
14   A  I'm sorry. There was a little noise. So I
15  think you were telling me on the org chart, Mariner
16  Health Care, Inc. also has an ownership with -- to
17  Mariner Health Care Management Company. Is that the
18  question, sir?
19   Q  Well, there's a line drawn there. And I was
20  going to ask you, is that an ownership interest?
21   A  Yes.
22   Q  And what is Mariner Health Care Management
23  Company?
24   A  It is a holding company. At this point, it
25  doesn't have any activity, or it holds -- it has no

Page 24

1  employees.
2    Q  Does it have any property?
3    A  No.
4    Q  Does it share the same office in Georgia with
5  National Senior Care and Mariner Health Care, Inc.?
6    A  Yes, sir.
7    Q  At the law firm there?
8    A  Correct.
9       MR. ALLEN: I'm sorry. Gentleman, I'm going to
10  get a lozenge so I don't cough into the microphone all
11  the time. Pardon me.
12   Q  (By Mr. Allen) Now, there's -- there's another
13  entity called MHC Recruiting Company.
14      Do you see that? That's on Exhibit 3.
15   A  Yes.
16   Q  What is MAC Recruiting Company?
17   A  It's a entity that was established to provide
18  recruiting services, particularly oversees recruiting of
19  nurses to -- to help alleviate, you know, the -- the
20  employment shortage. So it -- it was formed to, as its
21  name suggests, to -- to facilitate recruiting on behalf
22  of Mariner.
23   Q  When was it formed?
24   A  I believe that is a new entity within two or
25  three years --

Page 25

1    Q  Okay.
2    A  -- is the timeframe.
3    Q  Does it have any officers?
4    A  It does. But -- but at this point, it's new.
5  And I don't do a lot with it. So I'm not sure exactly
6  who the officers are of that entity.
7    Q  Does it have a source of revenue?
8    A  I -- I believe it -- the way it's established
9  is that it would earn fees in terms of whatever costs or
10  it needed to recover on behalf of the various recruiting
11  expenses that -- that it would incur from the facilities.
12   Q  Do you have a contact with the company that you
13  work with?
14      MR. ROSS: I'm sorry. I apologize.
15      What was the question, Mr.Allen? Or could we
16  read it back?
17      MR. ALLEN: Do you have a contact with the
18  company that you work with?
19      MR. ROSS: Thank you.
20      THE WITNESS: I believe Devin Ehrlich is much
21  more involved with that. And I believe because of
22  the -- the nature of what they do, we -- we had some
23  assistance with outside law firms with the various
24  requirements and treaties and visas, that sort of thing.
25   Q  (By Mr. Allen) Okay. Now, they're recruiting

7 (Pages 22 to 25)

**Kenneth Tabler**
**February 15, 2022**

Page 26

1  health care personnel, nurses in particular; is that
2  correct?
3      A   Yes.
4      Q   And for whom are they recruiting the nurses and
5  other health care personnel?
6      A   For the -- the various Mariner facilities.
7      Q   When you say the "various Mariner facilities,"
8  are you referring to 18 facilities in California?
9      A   I believe there's 20, but of those 18, yes.
10  Yes.
11     Q   Okay.  So they're -- in terms of the health
12  care facilities we're referring to for which this
13  recruiting would be done, there's 20 facilities in
14  California; is that correct?
15     A   Yes.
16     Q   Okay.  There's no facilities outside of
17  California; is that correct?
18     A   During -- there were at one point.  I don't
19  know your timeframe.  But since I've been involved with
20  this company, that is true.
21     Q   Yes.  There was a lot of involvement
22  with a large number of facilities going back to the days
23  of SAVA and some of the formation of these companies, but
24  all that's been divested; is that correct?
25     A   That's -- that's correct.

Page 27

1      Q   Okay.  So does Mariner Health Care Management
2  Company actually do anything other than just hold the
3  shares to Mariner Health Central and this recruiting
4  company?
5      A   At this point, yeah.  That's correct.  It's a
6  holding company.
7      Q   And that's all it does?
8      A   Correct.
9      Q   Okay.  Now, Mariner Health Central is now the
10  primary administrative, as you would say, back office
11  function company for the Mariner facilities in
12  California; is that right?
13     A   Yes.
14     Q   And, of course, they also do the work for
15  National Senior Care, Mariner Health Care, Inc. and
16  Mariner Health Care Management Company to the extent they
17  need it?
18     A   That's correct.
19     Q   Okay.  Where is Mariner Health Central, Inc.'s
20  office?
21     A   We -- we really don't have a physical location.
22  Our consultants -- we're like a sales force.  You put the
23  sales force out in the field.  And we want those people,
24  you know, serving the clients.
25     Q   Okay.  Does it have a nominal office somewhere?

Page 28

1      A   I believe in Oakland, we have a billing office,
2  which is -- you know, could -- could accommodate, you
3  know, 20, 25 people.  But if people need it, they can use
4  that location.
5      Q   And that's in Oakland, California?
6      A   Yes, sir.
7      Q   Can you give me the address of that office?
8      A   I -- I don't have that memorized.  I've been
9  there.  Usually I'm with someone.  And so I don't have to
10  navigate.  So I don't know the address.
11     Q   Do you remember what street it's on?
12     A   No.  I -- I think it's on the main street, but
13  that doesn't mean anything.
14     Q   All right.
15     A   There's a good restaurant down the street.  But
16  other than that, I don't know too much about it.
17     Q   Well, maybe we'll get to go there some day.
18        Okay.  Thank you.
19        So are you the president of Mariner Health
20  Central as well?
21     A   Yes, sir.
22     Q   Okay.  So how many officers does Mariner Health
23  Central have?
24     A   Mariner Health Central, I believe, has -- has
25  several, but Devin Ehrlich and myself are officers.

Page 29

1      Q   Okay.  What's Mr. Ehrlich's position with
2  Mariner Health Central?
3      A   I think he's an executive vice president and
4  general counsel.
5      Q   Okay.  Is there -- is there a consolidated tax
6  return or tax accounting for National Senior Care,
7  Mariner Health Care, Inc., Mariner Health Care Management
8  Company with Mariner Health Central, Inc.?
9      A   Yes.
10     Q   Okay.  In other words, you don't file a
11  different return for each one?  They're all consolidated
12  and filed together to report to the various government
13  agencies.
14     A   That -- that's correct.
15     Q   Okay.  Does the Grunstein shareholder receive
16  income from -- passed on through the various accounting
17  ultimately out of National Senior Care?
18     A   She -- she receives a salary from -- from
19  Mariner Health Central.
20     Q   Okay.  Does Mariner Health Central pay
21  dividends to its shareholder?
22     A   I believe in 2012, we paid a dividend, but no
23  dividends have been paid since that date.
24     Q   Okay.  So if Mariner Health Central paid a
25  dividend, that would have to actually pass through the

8  (Pages 26 to 29)

**Kenneth Tabler**
**February 15, 2022**

---

Page 30

1  other three entities in order to actually get back to the
2  Grunstein family; is that right?
3  　　　MR. ROSS: Object to the form. The question's
4  vague.
5  　　　MR. ALLEN: Just trying to understand the
6  accounting here.
7  　　　MR. ROSS: Sure.
8  　　　THE WITNESS: Well, it -- it never -- it had,
9  you know, several years ago. But -- but we haven't paid
10  dividends in such a long time. I really can't -- that
11  would theoretically be the flow. And what all that would
12  involve, I haven't had to think about all that for a
13  while. But that would be the flow.
14  　　Q   (By Mr. Allen) Okay. So in terms of actual
15  income to the Grunstein family, Emily in particular, the
16  only way that that's paid in recent history, at least
17  since 2012, has been via salary from Mariner Health
18  Care -- excuse me, Mariner Health Central, Inc.?
19  　　A   That's correct.
20  　　Q   Okay. Let's turn to -- well, let me ask you
21  this question, is there a company that has an office in
22  Texas that's associated with the Mariner companies?
23  　　A   Not to my knowledge. We have some employees --
24  one who may work out of their home. But I'm not renting
25  or providing -- no -- an office building in Texas.

---

Page 31

1  　　Q   Okay. There used to be an address at 5300 Sam
2  Houston Parkway in north Houston, but nobody holds that
3  office anymore?
4  　　A   I believe in 2011 -- nothing since 2011 or '12.
5  　　Q   Okay. So as we -- as we look at Exhibit 3, you
6  see below Mariner Health Care, Inc., that it has a
7  hundred percent ownership in MHC Holding Company.
8  　　　Does that have any employees?
9  　　A   No, sir.
10  　　Q   And are you an officer of that company? Are
11  you the president of that company?
12  　　A   Yes, I am.
13  　　Q   And does it also only have two officers, you
14  and Mr. Ehrlich?
15  　　A   That's correct.
16  　　Q   And it's sole -- does it share an office
17  address in the same law firm as National Senior Care?
18  　　A   Yes.
19  　　Q   Okay. And does it have a stream of revenue?
20  　　A   No.
21  　　Q   Okay. And it holds -- MAC West Holding
22  Company, is it also another holding company with just the
23  same two officers and the nominal office at the law firm
24  in Georgia?
25  　　A   Correct.

---

Page 32

1  　　Q   Okay. And it doesn't have a stream of revenue?
2  　　A   Correct.
3  　　Q   Okay. Then we get to GrandCare, LLC.
4  　　　Does that have any employees?
5  　　A   No.
6  　　Q   Does grand -- are you and Mr. Ehrlich the
7  officers of GrandCare, LLC -- or should I say members?
8  　　A   Officers is the correct term.
9  　　Q   Officers is the correct term.
10  　　　You're the managers of GrandCare, LLC?
11  　　A   Correct. Yes.
12  　　Q   Okay. And does it have any members other than
13  MAC West Holding Company?
14  　　　MR. ROSS: So I'll just interpose an objection.
15  It's vague as to time.
16  　　　MR. ALLEN: At this time?
17  　　　THE WITNESS: To answer at this time, it has no
18  other members other than MAC West Holding Company.
19  　　Q   (By Mr. Allen) Okay. Now at one point, if I
20  understand correctly, GrandCare, LLC actually held a
21  number of the licenses for the skilled nursing
22  facilities. It was actually the licensee for the skilled
23  nursing facilities in California; is that correct?
24  　　A   That's correct.
25  　　Q   But that's no longer the case. They have

---

Page 33

1  individual operating companies that are the licensees
2  now; is that correct?
3  　　A   That's correct.
4  　　Q   And does GrandCare, LLC own any real estate?
5  　　A   No.
6  　　Q   Okay. Does it have -- you have a GC Holding
7  Company 2, a GC Holding Company that it seems to have a
8  hundred percent membership, meaning that that would be
9  synonymous with ownership; is that correct?
10  　　A   That's correct.
11  　　Q   Those entities, do they own or operate real
12  estate at GC Holding Company and GC Holding Company 2?
13  　　A   They do not.
14  　　Q   Okay. So if we're to look a little -- first of
15  all, I want to go back to the -- the title of this chart.
16  　　　It says, Mariner California Lease Hold Interest
17  as of 2021. Do you see that?
18  　　A   Yes, I do.
19  　　Q   And on the second page, it says the same thing
20  except it says, "Continued."
21  　　　So other than the companies we see on this
22  chart -- and there's a little note here on the upper
23  left. We'll get to that in a moment. But are there --
24  does this chart show all the operating companies that
25  operate skilled nursing facilities in California?

---

**CAL Reporting 925-425-9669**

**Kenneth Tabler**
**February 15, 2022**

## Page 34

1   A   I believe it does.  I believe just -- there is
2   a GC Holding Company 3 that's been established.  But I
3   think all the operating entities are on these two pieces
4   of paper you have.
5   Q   What does the GC Holding Company 3 do?
6   A   It's a holding company without any -- at this
7   point, it has no interest.  But it's been formed.
8   Q   Okay.  Now, there has been developed real
9   estate operating companies to actually own the real
10  estate that is owned by the Mariner group of companies in
11  California; is that right?
12  A   What -- what is your -- Mariner, at this point,
13  does not have any real estate holdings in California.
14  Q   All the real estate holdings have been divested
15  into another company?
16  A   They've been divested, correct.
17  Q   Okay.  Does Emily Grunstein have an interest in
18  any of those other real estate companies?
19  A   No.
20  Q   Okay.  So when we look at the companies that
21  are on our chart here, we're looking at companies that
22  are all involved in the operation of the skilled nursing
23  facilities in California; is that correct?
24  MR. ROSS:  Object to the form.
25  MR. ALLEN:  I beg your pardon?

## Page 35

1   MR. ROSS:  Just objecting to the form.
2   MR. ALLEN:  Oh.
3   MR. ROSS:  It's -- question's --
4   MR. ALLEN:  I'll point out, Counsel, that's not
5   an objection.
6   MR. ROSS:  I can make the specific ones.  But
7   some attorneys don't like speaking objections.  So it's
8   vague.
9   MR. ALLEN:  I don't -- vague is a specific
10  objection.  That is a good one.
11  MR. ROSS:  Okay.
12  MR. ALLEN:  And I understand.  And I --
13  Q   (By Mr. Allen) Mr. Tabler, I forgot my question
14  now.
15  A   Do you want to have the court reporter read it
16  or --
17  MR. ALLEN:  Yeah.
18  MR. ROSS:  And objecting to the form is, to my
19  knowledge, an appropriate objection.  But maybe we can
20  talk about that some other time.
21  MR. ALLEN:  Okay.  Madam Court Reporter, what
22  was my question?  Can you read it back?
23  THE REPORTER:  Sure.  One second.
24  "Q   So when we look at the companies
25  that are on our chart here, we're looking at

## Page 36

1   companies that are all involved in the
2   operation of the skilled nursing facilities
3   in California; is that correct?"
4   MR. ALLEN:  Feel free to explain what you don't
5   know about that question.
6   A   I guess where I have a little trouble, you use
7   the word "involved."  And obviously, you know, we've gone
8   through a number of companies and entities, and some are
9   holding companies.
10  So I -- sometimes I -- and I don't want to be
11  misquoted, or I don't want to be misunderstood.  When you
12  use the word "involved" -- you know, I'm not referring to
13  direct operations.  I just want to -- there's nothing
14  hidden, is there?  Or that's what I'm just trying to
15  grapple with is I --
16  Q   And that's a fair concern.
17  So I understand that some of the companies are
18  merely holding companies.  They don't have any active
19  business.  They don't even have a revenue stream.  We've
20  talked about that.
21  But there's no other business out there in some
22  entity that is held, that is doing business other than
23  doing the skilled nursing business in California, except
24  we did talk about the recruiting company.  But that's
25  recruiting people for the purposes of the California

## Page 37

1   skilled nursing; is that correct?
2   A   Correct.
3   Q   Okay.  And when I look at this chart, it's not
4   showing me the holding of any real estate in California
5   by any of these entities.  That's all been divested into
6   something separate.  That's not affiliated with this
7   group of companies?
8   A   That -- that's correct.
9   Q   Okay.  There's two -- on page one, there's two
10  blanks that have been blacked out.
11  Do you know why that is?
12  A   I believe that it was a divested entity three
13  or four years ago.  So it's really no longer operational.
14  Q   Do you remember what entity that was?
15  A   Double Tree in Sacramento.  The lease ended.
16  And we -- we didn't renew the lease.
17  Q   Okay.  Is that true -- on page two, there's
18  another couple of blanks.  Is that because of another
19  entity that's been divested?
20  A   I -- I believe so.  But I -- I'm a little less
21  clear on that blank out than the first blank out.
22  Q   Okay.
23  A   But I believe that's why.
24  Q   All right.  The -- so the function of Mariner
25  Health Care -- Health Central, Inc. is to do the

Page 38

1 administrative functions not only for the holding
2 companies but for the skilled nursing facilities; is that
3 correct?
4     A   Yeah.  I -- I believe you said Mariner Health
5 Care or Mariner Health Central, Inc., yes.
6     Q   Mariner Health Central, Inc.  Mariner Health
7 Care now is pretty much just a holding company.  In fact,
8 is the just a holding company.
9     A   Correct.
10     Q   It didn't used to be that way.  You used to
11 have loan facilities and a lot of other things?
12     A   I believe you're mixing up some of the
13 entities.  So I think when we were talking about -- used
14 to be we were talking about GrandCare, we were down
15 further.  And I think you jumped up in the chain and
16 added some things where I answered that question.
17        So I don't want to mix up entities because I
18 know this has to be very exact.
19     Q   Well, I appreciate you being precise.  So
20 that's fine.  I'll rephrase my question.
21        In the past, isn't it true that, at some point,
22 Mariner Health Care Management Company had loan
23 facilities that it used to help finance GrandCare's
24 operations and -- and similar things?
25        MR. ROSS:  I apologize.  It broke up slightly.

Page 39

1 It had what facilities?
2        MR. ALLEN:  Loan facilities.
3        MR. ROSS:  Loan facilities.
4        MR. ALLEN:  In other words, it borrowed money
5 and used that money to assist these companies in their
6 operations.
7        MR. ROSS:  Thank you.
8        THE WITNESS:  I've been involved in this group
9 since 2011.  So from that point on, I'm not aware of that
10 activity, which is to say that may have occurred in the
11 past.  But I don't have the knowledge of that.  But from
12 2011, that's not true.
13     Q   (By Mr. Allen) Okay.  Is there a SAP software
14 program that is used to do the accounting by Mariner
15 Health Central, Inc.?
16     A   I don't think we use SAP -- well, first of all,
17 Mariner Health Central has contracted out for the --
18 the -- the accounting.  So -- so it's really not running
19 a software program itself.
20     Q   And has it contracted out with Fundamental
21 Administrative Services?
22     A   That's correct.
23     Q   Okay.
24     A   And so does Mariner Health Central, Inc. hire
25 the -- the administrator for the skilled nursing facility

Page 40

1 at Skyline San Jose Operating Company?  I believe the --
2 there's a process with the governing body and various
3 members of the governing body of that entity are involved
4 of the hiring for -- for the facility.
5     Q   And the given facility -- and I started with
6 Skyline San Jose -- who would be in this governing body?
7     A   Generally, the administrator.  Obviously, if
8 there's no administrator there, then that position isn't
9 fulfilled.  There's a DON.  I believe -- or Linda Taetz,
10 as the president, is on the governing body.  And we
11 have -- there's some RVPs of Mariner Health Central who
12 are also on their governing body who would be involved in
13 that process.
14     Q   What are RVPs?
15     A   Regional vice presidents.
16     Q   Okay.  Linda Taetz is the president of every
17 one of the operating companies; is that correct?
18     A   I think a general term, yes.  There may be one
19 or two where she's not.  But I think for the majority,
20 yes.
21     Q   Now, with the operating companies, there's
22 another holding company.  It appears above each of the
23 operating companies.  For instance, in San Jose, there's
24 a Skyline Holding Company.  And in Santa Cruz, there's a
25 Driftwood Holding Company.

Page 41

1        So is there a holding company and then below
2 that, an operating company with each of the skilled
3 nursing facilities?
4     A   Yes.  The example you just gave me, Skyline San
5 Jose Operating Company, LP is the operating entity.  And
6 as you pointed out, Skyline San Jose Holding Company, GP,
7 LLC has an ownership in GC Operating Company, just
8 looking at the chart.
9     Q   And who would be the officers of the holding
10 company, Skyline?
11     A   I believe Linda Taetz is the officer of --
12 president of Skyline San Jose Holding Company, GP, LLC.
13     Q   Do these operating companies have more than one
14 officer or just Linda?
15     A   You said operating companies or?
16     Q   Excuse me.  I'm sorry.  Let me rephrase that.
17        Does the holding company typically have more
18 than one officer or just Linda?
19     A   I don't completely know the structure off the
20 top of my head.  I believe it's just Linda Taetz.
21     Q   What's the purpose of having a holding company
22 again over each one of the operating companies?
23     A   Well, the company -- the operating companies
24 are LPs, which under California law, are limited
25 partnership.  And you have to have two partners for a

11  (Pages 38 to 41)

**Kenneth Tabler**
**February 15, 2022**

Page 42

1  partnership. So we have two partners.
2  　　Q  What's the purpose of forming the operating
3  companies as limited partnerships? Do you know?
4  　　A  It -- it has state tax advantages in
5  California.
6  　　Q  Okay. So you have a holding company that holds
7  one percent as a limited partner.
8  　　A  I -- you're breaking up just a little bit.
9  　　　　I think that's a GP, which is a general
10  partner, has one percent.
11  　　Q  Okay. So the holding -- is the holding
12  company -- Skyline San Jose Holding Company LLC, GP,
13  that's a general partner?
14  　　A  Yeah. I think you read the initials backwards.
15  But I think you're referring to Skyline San Jose Holding
16  Company GP, LLC as the general partner with a one percent
17  interest.
18  　　Q  Okay. And then there is a shareholder that has
19  99 percent interest in the operating company. Who would
20  that be?
21  　　A  GC Operating Company, LLC.
22  　　Q  Okay.
23  　　A  The chart is a little unclear in that, when I
24  look at Hayward Hills, the -- the two to the left do not
25  have any ownership. So the chart's not entirely correct

Page 43

1  in those -- the diagonals. It should have stopped. So
2  it's not as clear. It's sometimes hard to do on Excel.
3  　　Q  Okay. So let's talk about GC Operating
4  Company, LLC, a limited liability company. That says,
5  "Master tenant."
6  　　　　So does it hold the leases for the individual
7  operating companies?
8  　　A  Yes. It actually -- there's -- there's a lease
9  between GC Operating Company and the LLC. And then
10  there -- for each of those companies that are underneath
11  that, there's a lease to GC Operating Company. And then
12  there's a master lease.
13  　　Q  So the actual -- where the skilled nursing
14  facility sits, such as Skyline, has a lease from a
15  completely separate owner. And that lease is -- the
16  lessee is GC Operating Company, LLC; is that correct?
17  　　A  No. The lessee is Skyline San Jose Operating
18  Company. And it has a lease with GC Operating Company as
19  its landlord. But then GC Operating Company does not
20  actually own the property.
21  　　Q  Right.
22  　　A  And so there's -- it's more of a sublease.
23  　　Q  Correct.
24  　　　　So GC Operating Company is the entity that
25  leases from a third party and pays the rent to a third

Page 44

1  party that is the actual ownership of the land?
2  　　A  Correct.
3  　　Q  Okay. And then there are subleases with the
4  various operating companies between GC and the operating
5  company?
6  　　A  Correct.
7  　　Q  There's a similar arrangement, I take it, with
8  GC Holding Company 2, LLC between it as lessor of a
9  sublease arrangement with the other operating companies?
10  　　A  No.
11  　　Q  No?
12  　　　　Okay. Let's look at Monterey Palms Operating
13  Company. Is there a third party, I understand, that
14  would own the land upon which the Monterey Palms facility
15  sits?
16  　　A  Own the land and the building, correct.
17  　　Q  Okay.
18  　　　　And then who would be the lessee of that owner
19  of the land at Monterey?
20  　　A  The lessee would be Monterey Palms Operating
21  Company, LP.
22  　　Q  So GC Holding Company doesn't have a lease and
23  then sublease to Monterey Palms as GC Operating Company
24  does over at Skyline? Those GC Operating Company 2
25  doesn't have a sublease arrangement with Monterey Palms

Page 45

1  similar to GC Operating Company with Skyline?
2  　　A  True.
3  　　Q  Okay.
4  　　A  Yeah.
5  　　Q  When did -- when did you get hired again?
6  Remind me. Was it 2014 as president of Mariner Health
7  Central?
8  　　A  Yes.
9  　　Q  And who hired you?
10  　　A  Devin Ehrlich reached out and discussed it with
11  me.
12  　　Q  And did you talk to anybody besides Devin
13  Ehrlich before taking that position?
14  　　A  I -- I've had conversations with Harry
15  Grunstein over the years, yes.
16  　　Q  Okay. Were -- was there anybody else in the --
17  in the conversation about you taking this position as
18  president besides Devin Ehrlich and Harry Grunstein?
19  　　A  No. As I said before, I was informed by Devin
20  Ehrlich.
21  　　　　MR. ALLEN: So we've been going for an hour
22  now. What I would like to do is take a short break, kind
23  of review my notes. I mean, I could probably go all day
24  with you. But I want to try to focus my examination so I
25  don't keep you here 'til all hours of the evening where

**CAL Reporting 925-425-9669**

**Kenneth Tabler**
**February 15, 2022**

## Page 46

1  you are.
2      So would that be convenient for you and
3  everybody else?
4      THE WITNESS: Sure. I -- I prefer to get it
5  done as fast as possible. So I don't want to take too
6  long a break. But I understand that and appreciate that
7  and want to answer your questions as fast and as
8  accurately as possible.
9      So I am going to -- can I talk with my counsel
10  at this point? Or I know you -- you didn't want me to
11  use my phone. But is that okay?
12      MR. ALLEN: You're welcome -- during the break
13  when we're off the record, you're welcome to speak with
14  your counsel, yes.
15      THE WITNESS: Okay. Do you have a time period
16  on how long you want, sir?
17      MR. ALLEN: Why don't we come back -- according
18  to my clock, it's eleven minutes after 10. Why don't we
19  come back at 25 after 10?
20      THE WITNESS: Okay. All right. I'm going to
21  turn my video off and mute, but I will be right here.
22      MR. ALLEN: I'm going to do the same thing.
23      MR. ROSS: All right. Thank you.
24      MR. ALLEN: Thank you.
25      (Pause in proceedings.)

## Page 47

1      MR. ALLEN: Let's go back on the record.
2  Mr. Tabler, can you hear me?
3      THE WITNESS: Yes, sir. I hear you fine.
4      MR. ALLEN: Okay. Everybody's back.
5  Everybody's muted except for Mr. Ross and myself and the
6  witness. So we'll just proceed.
7      Q   (By Mr. Allen) The ownership of Mariner Health
8  Central, Inc. is a hundred percent owned by Mariner
9  Health Care Management Company; is that correct?
10      A   Yes, that's correct.
11      Q   Does -- well I assume Mariner Health Central is
12  a corporation. So does -- it has a board of directors, I
13  assume?
14      A   Yes.
15      Q   And who seats on that board of directors?
16      A   Devin Ehrlich and myself.
17      Q   When Emily Grunstein gets paid a salary, is she
18  being paid as an employee of Mariner Health Central,
19  Inc.?
20      A   Yes.
21      Q   And what is her position with Mariner Health
22  Central, Inc.?
23      A   She -- she doesn't really have a title.
24      Q   Does she have a task?
25      A   There -- there are no specific functions I look

## Page 48

1  for her doing.
2      Q   Does she -- in your time as having been
3  president, that's been since 2014, correct?
4      A   Correct.
5      Q   Has she been to Oakland?
6      A   No.
7      Q   How about Harry Grunstein, had he been to
8  Oakland prior to his passing?
9      A   I don't know if he's ever been to Oakland.
10  I'll say from 2014 forward, I'm not aware of him going to
11  California. But he may, at some point, have been. But
12  prior -- but I don't have any knowledge prior to that.
13      Q   Fair enough for making that clear.
14      Did Harry Grunstein get a salary from Mariner
15  Health Central, Inc.?
16      A   Yes.
17      Q   Did he have a specific position with Mariner
18  Health Central, Inc.?
19      A   I believe at one point he was president up
20  until 2014.
21      Q   After 2014, did he get a salary?
22      A   Yes.
23      Q   And that was also from Mariner Health Central,
24  Inc.?
25      A   Correct.

## Page 49

1      Q   And did he have a position between 2014 and
2  when he passed away with Mariner Health Central, Inc.?
3      A   I don't believe he had a formal title.
4      Q   Okay. Prior to Harry Grunstein passing, did
5  Emily Grunstein receive a salary from Mariner Health
6  Central, Inc.?
7      A   No.
8      Q   Okay. So she seceded to the salary that he
9  previously got?
10      A   I -- I don't know if that -- in terms like
11  there was an official proclamation. That seems to have a
12  legal thing. But she -- she continue -- the salary was
13  continued that had been paid to -- to Harry to
14  Miss Grunstein.
15      Q   Okay. Is she his widow? Sister? What is her
16  relationship to Harry?
17      A   She was his wife.
18      Q   Yes. Okay. Approximately how old is Emily?
19      A   I -- I don't know.
20      Q   Is she an elder person? Is she over 65?
21      A   Have to be careful with that, sir.
22      Q   Yeah. I'm going to get you in trouble, aren't
23  I?
24      A   Right. Right. I assume she's over 50. But
25  I -- I don't know her age. I'll just leave it at that.

13 (Pages 46 to 49)

**Kenneth Tabler**
**February 15, 2022**

| Page 50 | Page 52 |
|---|---|

**Page 50**

1    **Q**  All right. I'll let you off the hook on that
2  one.
3    **A**  Thank you.
4    **Q**  Do you do some kind of quarterly report to
5  Emily Grunstein?
6    **A**  No.
7    **Q**  Did you do a quarterly report to Harry
8  Grunstein?
9    **A**  We -- Harry would attend various meetings,
10  which I think were done on a quarterly basis. But Emily
11  has not participated in those.
12    **Q**  Okay. So is Linda Taetz an executive vice
13  president?
14    **A**  Of which entity? Or you --
15    **Q**  I'm sorry. That's fair enough.
16    Is Linda Taetz an executive vice president of
17  Mariner Health Central, Inc.?
18    **A**  I believe so. I don't know her exact title.
19  But she is an officer of Mariner Health Central, Inc.,
20  yes.
21    **Q**  Okay. And how did she get hired?
22    **A**  Miss Taetz has been with the company a number
23  of years. So when I became involved, she was already in
24  that position.
25    **Q**  Okay. And does Ms. Owen have a position with

**Page 51**

1  Mariner Health Central, Inc.?
2    **A**  Yes.
3    **Q**  Ask is that as a legal officer?
4    **A**  I think litigation managements. I don't know
5  her exact title. You're asking Kristy -- Kristy Owen,
6  right?
7    **Q**  Yes.
8    Does she have any executive function other than
9  managing litigation or legal affairs?
10    **A**  I -- Kristy's a very valuable employee who gets
11  into a lot of things. But that's her primary function.
12    **Q**  Okay. Does she -- I take it that neither Linda
13  nor Kristy have any position with National Senior Care,
14  Mariner Health Care, Inc. or Mariner Health Care
15  Management Company since they have no employees and they
16  often have the two officers, correct?
17    **A**  That's absolutely correct.
18    **Q**  Okay. So when you were hired -- let me
19  rephrase that.
20    Hired or appointed -- however one would
21  describe that -- to the position of president of Mariner
22  Health Central, Inc., the only conversations you had
23  regarding -- assuming that position was with Harry
24  Grunstein and Devin Ehrlich, correct?
25    **A**  I told -- that's a very general question. I

**Page 52**

1  told my wife, but those are the official conversations I
2  had, yes.
3    **Q**  Yes.
4    **A**  So...
5    **Q**  And fair enough.
6    In terms of representatives of the Mariner
7  Health Care system, those are the people that made the
8  decision along with you to take -- assume that role?
9    **A**  Correct.
10    **Q**  Okay. And I assume there is some kind of board
11  of directors' resolution appointing you?
12    **A**  Yeah. I -- I've sign that. And that was done
13  seven or eight years ago, so yes.
14    **Q**  Okay. How often are there board of director
15  meetings of Mariner Health Central, Inc.?
16    **A**  I believe under Delaware law, we're required to
17  meet annually. So we hold an annual meeting.
18    **Q**  Okay. And that's -- the board of directors is
19  just you and Mr. Ehrlich; is that correct?
20    **A**  Correct.
21    **Q**  Okay. The board of directors -- well, that's
22  an LLC. So the managing members of GrandCare, LLC are
23  whom again?
24    **A**  GrandCare, LLC would be myself and Devin
25  Ehrlich.

**Page 53**

1    **Q**  Okay. Off to the left of MAC Holding
2  Company -- and let me -- let me get to MAC Holding
3  Company and MAC West Holding Company. Both those
4  companies are the officers of MAC Holding Company and MAC
5  West Holding Company -- you and Mr. Ehrlich?
6    **A**  That's correct.
7    **Q**  And are you -- the two of you also the board of
8  directors?
9    **A**  Correct.
10    **Q**  And there's no one else involved in either one
11  of those companies as an officer, director or employee?
12    **A**  That's correct.
13    **Q**  They're a hundred percent owned as indicated
14  here on the org chart by the holding company above them;
15  is that correct?
16    **A**  Yeah. The chart is accurate -- appears
17  accurate.
18    **Q**  Okay. And neither one of them own any real
19  estate. They have no employees. And their office, is it
20  also at the Georgia law firm?
21    **A**  That's correct.
22    **Q**  What is Mariner Insurance Company, LLC?
23    **A**  It is an entity that holds -- as in the title,
24  it is involved in a captive insurance company for
25  Workers' Comp.

14  (Pages 50 to 53)

**CAL Reporting 925-425-9669**

**Kenneth Tabler**
**February 15, 2022**

## Page 54

1    Q   Okay. Is it actually a writer of a policy?
2    A   No. It doesn't write the policy. But it has
3  an ownership in a company -- an offshore company that --
4  that is involved in the Work Comp program for Mariner.
5    Q   Does Mariner insurance company have any
6  employees?
7    A   No.
8    Q   Does it have any purpose other than being a
9  facility to provide the Workers' Comp insurance for the
10  operating companies and, I assume, Mariner Health
11  Central, Inc.?
12    A   That -- that's correct.
13    Q   Okay. And the form of the insurance that it's
14  facilitating, for lack of a better word, is Worker's
15  Compensation insurance?
16    A   That's what Mariner uses them for, yes.
17    Q   Okay. What does the role Bio Pacific, LLC?
18    A   Bio Pacific provides therapy service to the
19  Mariner facilities.
20    Q   Okay. When you say "therapy service," what
21  type of therapy are we talking about?
22    A   Physical, occupational, what -- what -- speech,
23  the various therapies that -- that are required by the
24  patients, residents at the facility-level entities.
25    Q   Does Bio Pacific have a board of directors?

## Page 55

1    A   Yes.
2    Q   Is it a hundred percent owned by MAC Holding
3  Company?
4    A   Yes.
5    Q   Is the board of directors you and Mr. Ehrlich?
6    A   I believe I am not on that board. I may be
7  mistaken, but I don't know.
8    Q   Do you know who else would be on that board?
9    A   I think Dennis Sarcauga is.
10    Q   Okay. Do you believe anybody else besides
11  Mr. Ehrlich and Mr. Sarcauga?
12    A   And maybe Marilyn Washington.
13    Q   But you're not sure about that?
14    A   I'm not a hundred percent sure.
15    Q   Okay. Does it have an office?
16    A   No.
17    Q   The therapy services it provides are all those
18  services to the operating skilled nursing facilities in
19  California?
20    A   Correct.
21    Q   And it doesn't provide services to anyone else?
22    A   That's correct.
23    Q   And do you know how many employees it has?
24    A   It has several hundred. But I don't believe
25  they're all full-time; some are part-time. And it also

## Page 56

1  contracts out to third parties.
2        So there are a number of part-time therapists.
3  So that number may be like -- I think I asked, like,
4  number of W-2s for a year. So it may have a smaller FTE.
5  But that's kind of the range of it.
6    Q   Okay. So I would -- I take it it has a revenue
7  stream of income that goes into Bio Pacific, LLC that
8  derives from providing these services to the various
9  operating companies; is that correct?
10    A   That's correct.
11    Q   And it's a hundred percent owned by MAC Holding
12  Company. Does it pay any revenue back to MAC Holding
13  Company?
14    A   Nothing's ever been paid to date.
15    Q   Is a hundred percent of the revenue that goes
16  into Bio Pacific, after expenses, paid to the employees
17  and to whoever else might be involved like the officers
18  or directors?
19    A   I think it makes a small profit. But I don't
20  know if that answers your question.
21    Q   In other words, there's no revenue going from
22  Bio Pacific to MAC Holding Company?
23    A   That is true.
24    Q   Okay. It's all dispersed or held within Bio
25  Pacific, LLC?

## Page 57

1    A   That's correct.
2    Q   Okay. I think I've asked this, and I
3  apologize. And I might be repeating myself.
4        But the board of directors of Mariner Health
5  Central, again, is that just you and Mr. Ehrlich?
6    A   Yes.
7    Q   Okay.
8    A   I was answering the question -- you did ask me
9  that before. And that was the same answer. So, yes.
10    Q   Okay. That's what I remember, but I didn't
11  write it down.
12        With regard to National Senior Care, Inc.,
13  Mariner Health Central -- Health Care, Inc., Mariner
14  Health Care Management Company and Mariner Health
15  Central, Inc., as to those entities, whether it be merely
16  holding or whether it be providing the administrative
17  services that we previously discussed, there is no
18  service or holding participation except for the
19  California skilled nursing facility, operating companies
20  and related entities; is that correct?
21    MR. ROSS: Madam Reporter, would you read
22  question back, please?
23    THE REPORTER: Sure.
24    "Q   With regard to National Senior Care,
25  Inc., Mariner Health Central -- Health Care, Inc.,

**CAL Reporting 925-425-9669**

**Kenneth Tabler**
**February 15, 2022**

---

**Page 58**

1  Mariner Health Care Management Company and Mariner Health
2  Central, Inc., as to those entities, whether it be merely
3  holding or whether it be providing the administrative
4  services that we previously discussed, there is no
5  service or holding participation except for the" --
6      MR. ROSS: I think have enough.
7      MR. ALLEN: You don't need to object to it,
8  Counsel. I'm going to rephrase.
9      MR. ROSS: Thank you.
10     Q  (By Mr. Ross) Okay. So I'm going to ask this
11  question in a summary fashion to try to get a gist
12  of -- of where we're going here.
13     So I'm asking this question about four
14  companies. And the four companies are National Senior
15  Care, Inc., Mariner Health Care, Inc., Mariner Health
16  Care Management Company and, lastly, Mariner Health
17  Central, Inc. Other than their involvement, as we've
18  previously discussed, including Bio Pacific, LLC and the
19  recruiting company MAC Recruiting -- but other than those
20  functions and the administrative functions that we've
21  previously discussed and to the degree that they just
22  represent a holding company, but there's no involvement
23  by them, no business by them anywhere except in doing
24  business for the skilled nursing facilities and their
25  related operating companies in California; is that

---

**Page 59**

1  correct?
2      MR. ROSS: And I would just object. It's
3  vague. It's compound. It's incomplete, hypothetical.
4  But go ahead, Mr. Tabler.
5      THE WITNESS: Okay. There was a lot in that
6  question. And I think over the course of my testimony,
7  we've discussed those four entities. And I think there
8  was no -- there's no other -- outside the state of
9  California -- or, you know, I discussed, like, National
10  Senior Care and it has a holding company and it owns
11  Mariner Health Central, Inc. That's all it does.
12     And the same for Mariner Health Care, Inc.,
13  we've discussed it as a holding company. And it has
14  ownership in Mariner Health Care Management Company and
15  MAC Holding Company. And MAC Holding Company, we did
16  discuss those holdings. And we've discussed Mariner
17  Health Central, Inc. And it performs services on behalf
18  of the California entity. So that's all it does.
19     Q  (By Mr. Allen) Okay. And so there's not some
20  business in Canada or something that it does. It doesn't
21  have skilled nursing facilities anywhere in the country
22  except for these skilled nursing facilities in
23  California?
24     A  Yes. That -- that is true.
25     Q  Okay.

---

**Page 60**

1      A  And I say that in relative -- the time period,
2  prior to 2011 or -- Mariner was in a number of states.
3  But 2011 forward, it's really only operated in
4  California.
5      Q  Okay. All right.
6      We're getting near the end, Mr. Tabler. Thank
7  you for your patience. Oh, in the upper-left corner on
8  both pages one and two of Exhibit 3, it says: Note
9  Mariner Health Care, Inc. directly and indirectly owns
10  other entities that are not shown on this chart.
11     Do you know what other entities there are that
12  are not shown in this chart?
13     A  I don't know all the names. I will tell you,
14  at one point, as we've previously discussed, Mariner
15  Health Care, Inc. was a public company and operated in,
16  you know, 15 and 20 states.
17     So you see -- you know, MAC West holds -- there
18  were various holding companies for other operations, you
19  know, outside the state of California. And those
20  companies are no longer active, so to speak.
21     So there may have been a few hundred -- if this
22  chart gave you every entity that Mariner owned or
23  operated in its history, it would be several hundred
24  companies. But these are the -- related to California
25  and are the active companies now.

---

**Page 61**

1      Q  Are there -- of these other companies, are
2  there any of them that are still actively involved in
3  business of any kind?
4      A  No. Some -- some when you say -- some may
5  still be active in a state in terms of still incorporated
6  or still -- but there's no business activity.
7      Q  Okay. So the shell may still be a valid
8  corporation registered with the state where in -- it has
9  its domicile. But it's not doing business?
10     A  I would say the entity, as opposed to the
11  shell, the entity is still registered or domiciled.
12     Q  Fair enough.
13     Okay. But it's not doing business?
14     A  That's correct.
15     Q  Okay. So all the business function of all the
16  entities we see is all -- done in -- involved these
17  facilities in California?
18     A  Was that a question?
19     Yes.
20     Q  Yes. Okay.
21     All right. I think that's all I have of you,
22  Mr. Tabler. You've been very cooperative, and I
23  appreciate it very much.
24     I don't know if any of my compatriots wanted to
25  have me ask one more question?

---

16 (Pages 58 to 61)

# Kenneth Tabler
## February 15, 2022

### Page 62

1    THE WITNESS: Did you want to take a break for
2  a few minutes and we'll come back and see if you've got
3  anything else or --
4    MR. ALLEN: I probably should do that.
5    Q  (By Mr. Allen) Can you tell me -- do you know
6  approximately how much -- this is going to inspire an
7  objection.
8    Do you know how much Linda Taetz -- excuse
9  me -- how much money Emily Grunstein receives in her
10  salary?
11    The question is do you know how much? That's
12  the first question.
13    A  I -- I have known that amount, but it's not
14  something I keep at the top of my head.
15    Q  Is it a -- is it a significant salary? Is it
16  over six figures, for instance?
17    A  I believe it's over -- when you say -- it's not
18  seven figures. It's over -- it's in the six-figure
19  range, low six-figure range.
20    Q  Okay. I these that's probably close enough.
21    MR. ALLEN: Yeah. Let me take another break.
22  Let's see if we can wrap this up real quick.
23    THE WITNESS: Do you have a time period? Or do
24  you want me to just stay on or?
25    MR. ALLEN: Let's -- let's take -- it's now

### Page 63

1  10:57. Let's come back at ten after 11:00 and see if we
2  can wrap this up.
3    THE WITNESS: Okay. Thank you.
4    MR. ALLEN: Thank you.
5    (Pause in proceedings.)
6    MR. ALLEN: Let's go back on the record. Okay.
7  We're back on the record.
8    Q  (By Mr. Allen) Mr. Tabler, so as we discussed
9  before, there are lease holds involved with the entities
10  that we see on Exhibit 3 with the skill -- associated
11  with the skilled nursing facilities.
12    Is there anyone involved with the Grunstein
13  family that owns any of the real estate upon which sit
14  the skilled nursing facilities in California?
15    A  Len Grunstein owns a portion of an entity
16  that -- that owns the real estate.
17    Q  Okay. Was this an entity that was formed back
18  at the -- as all part of the -- the SAVA deal and the
19  spin off of Mariner, things like that?
20    A  Yes, sir.
21    Q  Okay. To your knowledge, does Emily Grunstein
22  have an ownership interest in any of those entities
23  that -- or entity that owns the real estate upon which
24  sit the California skilled nursing facilities?
25    A  To -- to my knowledge, she does not.

### Page 64

1    Q  To your knowledge, do any of the companies that
2  we see on Exhibit 3 have any ownership interest in any of
3  the real estate upon which sit the skilled nursing
4  facilities in California?
5    A  They -- they have no ownership interest in any
6  of the real estate.
7    Q  To your knowledge, does either you, Mr. Ehrlich
8  any other officer, director or employee of any of the
9  entities we see on Exhibit 3 have any ownership interest
10  directly or indirectly in the real estate upon which sit
11  the skilled nursing facilities in California?
12    A  For the Mariner entities, no one has -- no one,
13  to my knowledge -- I don't or Devin Ehrlich or any
14  employees have any ownership of any of the facilities
15  with the real estate.
16    Q  With the real estate or the buildings attached
17  thereto?
18    A  Correct.
19    Q  Okay. All right. I think that -- that does
20  it. It's all the questions that I have on the subject of
21  jurisdiction. And that's what we confined this
22  deposition to.
23    Whether I'll have other questions on another
24  day, we'll -- we'll cross that bridge when we get to it.
25  But that's all I have on this subject matter.

### Page 65

1    So thank you very much for your participation.
2  And with that, I'll conclude.
3    THE REPORTER: And who would like copies of the
4  transcript?
5    MR. ROSS: Well, before we do that, Mr. Allen,
6  do any of your colleagues have questions? Or do you
7  speak on their behalf as well?
8    MR. ALLEN: If anybody has a question, they can
9  speak up.
10    MR. PEREZ: At least on behalf of Marin County,
11  I have no questions. Thank you.
12    MR. ROSS: I like the mustache, Andy.
13    THE WITNESS: Hey, you look different than your
14  picture.
15    MR. PEREZ: My wife calls it my cop stash.
16    MS. SCHNALL: I also have no further questions,
17  but thank you.
18    MS. MIKIKIAN: No questions, Doug. Thank you.
19    MR. ALLEN: Yeah. We pretty much were of the
20  opinion that it was fair to have one examiner.
21    MR. ROSS: We appreciate that.
22    MR. ALLEN: So I do appreciate the -- the
23  invitation. No. I think -- I think we're concluded.
24    And yes, I do want a transcript. And I would
25  like to get a condensed one as well.

**Kenneth Tabler**
**February 15, 2022**

Page 66

1      THE REPORTER:  Okay.

2      MR. ROSS:  Madam Reporter, this is Darryl Ross.

3  I would like a transcript as well and condensed in a text

4  file too, please.

5      THE REPORTER:  Okay.

6      MR. ALLEN:  And you'll contact Mr. Tabler

7  directly to allow him to read and sign the deposition

8  transcripts, I assume?

9      THE REPORTER:  Yes.  And can I get his email

10  address to send that?

11      THE WITNESS:  I'd say provide it to Darryl or

12  my attorney.  And then he'll get it to me --

13      THE REPORTER:  Okay.  All right.  Thank you.

14      MR. ROSS:  Thank you.

15      (Deposition concluded at 11:11 a.m.)

16          • • •

17

18

19

20

21

22

23

24

25

18  (Page 66)

**Kenneth Tabler**
**February 15, 2022**

Page 67

1                    CERTIFICATE OF REPORTER

2

3          I, CONNIE WEBB, CSR NO. 10811, hereby certify that

4     the witness in the foregoing deposition, KENNETH

5     TABLER, has duly affirmed, remotely via Zoom

6     videoconference, to tell the truth, the whole truth,

7     and nothing but the truth in the within-entitled cause;

8     that the testimony of said witness was taken down in

9     shorthand by me, a Certified Shorthand Reporter and a

10    disinterested person, at the time and place herein

11    stated, and that the testimony of the said witness was

12    thereafter reduced to typewriting, by computer, under

13    my direction and supervision;

14         I further certify that I am not of counsel or

15    attorney for either or any of the parties to the said

16    deposition nor in any way interested in the outcome of

17    this case, and that I am not related to any of the

18    parties thereto.

19         I hereto declare under penalty of perjury that the

20    foregoing is true and correct.  I have hereunto set my

21    hand on March 1, 2022.

22

23

24
                              CONNIE WEBB, CSR NO. 10811
25

**Kenneth Tabler**
**February 15, 2022**

Page 68

| A | | | | |
|---|---|---|---|---|

**A**
a.m 1:18 3:22
  5:3,9 66:15
able 7:14 8:6
absolutely 51:17
access 8:16
accommodate
  28:2
accountant
  11:20
accounting
  11:15 16:3,19
  16:19 20:19
  29:6,16 30:6
  39:14,18
accurate 53:16
  53:17
accurately 46:8
acquaintance
  18:21
acting 17:4
action 12:6
active 36:18
  60:20,25 61:5
actively 61:2
activity 23:25
  39:10 61:6
actual 30:14
  43:13 44:1
added 38:16
address 9:2,5,8
  9:14,19,21,23
  9:25 10:1,6,20
  14:17,19 18:14
  22:23 23:7
  28:7,10 31:1
  31:17 66:10
administrative
  11:13 15:6,13
  15:15,23 16:2
  16:3,6,12 17:9
  27:10 38:1
  39:21 57:16
  58:3,20
administrator

39:25 40:7,8
advance 23:1
advanced 20:16
advances 21:14
  22:24
advantages 42:4
advice 19:3
affairs 6:2 51:9
affiliated 14:25
  15:1,12 19:19
  37:6
affirmed 67:5
age 49:25
agencies 29:13
ago 30:9 37:13
  52:13
Ah 18:6
ahead 19:24
  59:4
al 1:10 5:12
Alameda 1:2
  2:12 6:7
alive 18:5
Allen 2:4 4:5
  5:19,20 6:5,22
  6:24 9:6,9,12
  10:1,2,17,19
  12:1,5,10,12
  12:16,21,25
  15:10 16:18
  18:3,6,7,23
  20:2 24:9,12
  25:17,25 30:5
  30:14 32:16,19
  34:25 35:2,4,9
  35:12,13,17,21
  36:4 39:2,4,13
  45:21 46:12,17
  46:22,24 47:1
  47:4,7 58:7
  59:19 62:4,5
  62:21,25 63:4
  63:6,8 65:5,8
  65:19,22 66:6
alleviate 24:19

allow 8:6 66:7
amount 62:13
ANDRES 2:8
Andy 6:7 65:12
Angeles 2:16,18
annual 52:17
annually 52:17
answer 7:13
  10:7 32:17
  46:7 57:9
answered 38:16
answering 57:8
answers 56:20
anybody 8:8
  45:12,16 55:10
  65:8
anymore 31:3
Aperez@mari...
  2:11
apologize 15:25
  25:14 38:25
  57:3
appearances 2:1
  3:1 5:17
appears 40:22
  53:16
appointed 51:20
appointing
  52:11
appreciate 8:3
  38:19 46:6
  61:23 65:21,22
appropriate
  10:12 35:19
approximately
  10:25 11:2
  49:18 62:6
arrangement
  44:7,9,25
arrangements
  9:1
articulate 15:11
asked 56:3 57:2
asking 21:20
  51:5 58:13

assert 10:12
assist 39:5
assistance 25:23
assistant 2:5
  5:20
associate 18:23
associated 18:17
  18:20 30:22
  63:10
assume 7:15,17
  13:11 18:1
  47:11,13 49:24
  52:8,10 54:10
  66:8
assuming 51:23
Atlanta 14:17,19
attached 12:23
  64:16
attend 50:9
attorney 2:4,5,8
  2:9,12,13,16
  2:17 5:18,20
  66:12 67:15
Attorney's 6:6,7
  6:8
attorneys 8:8
  35:7
aware 39:9
  48:10

| B | | | | |
|---|---|---|---|---|

**B**
back 8:25 13:7
  16:17,21 18:2
  25:16 26:22
  27:10 30:1
  33:15 35:22
  46:17,19 47:1
  47:4 56:12
  57:22 62:2
  63:1,6,7,17
backwards
  42:14
Baltimore 8:20
  11:1,15
basis 50:10

beg 34:25
behalf 3:20 5:13
  6:14 23:1
  24:21 25:10
  59:17 65:7,10
believe 10:11
  14:17,22 16:25
  18:8,9,21 19:7
  19:12 24:24
  25:8,20,21
  26:9 28:1,24
  29:22 31:4
  34:1,1 37:12
  37:20,23 38:4
  38:12 40:1,9
  41:11,20 48:19
  49:3 50:18
  52:16 55:6,10
  55:24 62:17
better 54:14
billing 28:1
Bio 54:17,18,25
  56:7,16,22,24
  58:18
bit 42:8
blacked 37:10
blank 37:21,21
blanks 37:10,18
board 47:12,15
  52:10,14,18,21
  53:7 54:25
  55:5,6,8 57:4
body 40:2,3,6,10
  40:12
borrowed 39:4
break 7:10 8:12
  8:13 45:22
  46:6,12 62:1
  62:21
breaking 42:8
bridge 64:24
briefly 7:19
broke 38:25
brother 15:1
building 30:25

44:16
**buildings** 64:16
**business** 9:23,25
11:22 14:17
36:19,21,22,23
58:23,24 59:20
61:3,6,9,13,15

**C**

**California** 1:1,4
2:6,10,14,18
2:23 3:21 5:8
5:11,15 8:23
26:8,14,17
27:12 28:5
32:23 33:16,25
34:11,13,23
36:3,23,25
37:4 41:24
42:5 48:11
55:19 57:19
58:25 59:9,18
59:23 60:4,19
60:24 61:17
63:14,24 64:4
64:11
**call** 8:13
**called** 6:14
23:12 24:13
**calls** 19:23 65:15
**Canada** 59:20
**captive** 53:24
**care** 1:7,8,8 5:12
11:11 12:8,8
12:13,14,14
13:10,16,23,24
14:14 15:3
16:21,24 17:3
17:5,7,12,16
17:21 19:15,19
20:3,10,19,20
20:20 21:1,5,8
21:11,12,17,18
21:21,22 22:2
22:3,11,13,16

22:20,22,25
23:2,12,16,17
23:22 24:5,5
26:1,5,12 27:1
27:15,15,16
29:6,7,7,17
30:18 31:6,17
37:25 38:5,7
38:22 47:9
51:13,14,14
52:7 57:12,13
57:14,24,25
58:1,15,15,16
59:10,12,14
60:9,15
**careful** 49:21
**case** 1:6 5:12
9:15 32:25
67:17
**categorize** 16:17
**cause** 22:1 67:7
**CCP** 5:15
**cell** 7:22,24 8:8
**Center** 2:9
**Central** 1:9 2:22
6:3 9:21 12:7
12:13 16:13
20:17,18,24
21:2,15 22:24
23:5 27:3,9,19
28:20,23,24
29:2,8,19,20
29:24 30:18
37:25 38:5,6
39:15,17,24
40:11 45:7
47:8,11,18,22
48:15,18,23
49:2,6 50:17
50:19 51:1,22
52:15 54:11
57:5,13,15,25
58:2,17 59:11
59:17
**centralized**

20:19
**certainly** 7:10
9:22
**CERTIFICATE**
67:1
**certified** 11:19
67:9
**certify** 67:3,14
**chain** 38:15
**changed** 9:1
**chart** 4:15 12:22
13:3,8 23:11
23:15 33:15,22
33:24 34:21
35:25 37:3
41:8 42:23
53:14,16 60:10
60:12,22
**chart's** 42:25
**cite** 10:8
**city** 10:19,21
**Civic** 2:9
**Clark** 3:5 5:23
**clear** 7:14 10:10
23:3 37:21
43:2 48:13
**clients** 27:24
**clock** 46:18
**close** 62:20
**cold** 8:21,25
**colleagues** 65:6
**college** 11:14,15
**come** 13:7 46:17
46:19 62:2
63:1
**comes** 10:16
**communicate**
8:7
**communication**
8:10
**Comp** 53:25
54:4,9
**companies** 6:1
26:23 30:22
33:1,21,24

34:9,10,18,20
34:21 35:24
36:1,8,9,17,18
37:7 38:2 39:5
40:17,21,23
41:13,15,22,23
42:3 43:7,10
44:4,9 53:4,11
54:10 56:9
57:19 58:14,14
58:25 60:18,20
60:24,25 61:1
64:1
**company** 9:17
12:8,15 15:6
15:11,16 19:3
19:10 20:6,8,9
23:12,13,17,23
23:24 24:13,16
25:12,18 26:20
27:2,4,6,11,16
29:8 30:21
31:7,10,11,22
31:22 32:13,18
33:7,7,12,12
34:2,5,6,15
36:24 38:7,8
38:22 40:1,22
40:24,25 41:1
41:2,5,6,7,10
41:12,17,21,23
42:6,12,12,16
42:19,21 43:4
43:4,9,11,16
43:18,18,19,24
44:5,8,13,21
44:22,23,24
45:1 47:9
50:22 51:15
53:2,3,3,4,5,14
53:22,24 54:3
54:3,5 55:3
56:12,13,22
57:14 58:1,16
58:19,22 59:10

59:13,14,15,15
60:15
**compatriots**
61:24
**compel** 10:9,11
**Compensation**
54:15
**completely**
15:16,19,20
41:19 43:15
**complicates** 8:9
**compound** 59:3
**computer** 67:12
**concern** 36:16
**conclude** 65:2
**concluded** 65:23
66:15
**conclusion**
19:23
**condensed** 65:25
66:3
**confined** 64:21
**Connie** 1:20
3:22 5:7 67:3
67:24
**consolidated**
29:5,11
**consult** 7:10 8:5
**consultant** 17:4
17:7
**consultants**
27:22
**contact** 25:12,17
66:6
**continue** 10:7
49:12
**continued** 3:2
33:20 49:13
**contract** 16:13
**contracted**
39:17,20
**contracts** 56:1
**control** 19:20
20:6
**convenient** 46:2

Kenneth Tabler
February 15, 2022

Page 70

conversation
  19:5 45:17
conversations
  45:14 51:22
  52:1
cooperative
  61:22
cop 65:15
copies 65:3
copy 12:16
corner 60:7
corporate 19:2,3
corporation 1:8
  1:8,9,10 47:12
  61:8
correct 11:16,17
  11:20,21,25
  12:12 13:11
  14:6 15:17,18
  16:4 17:24
  18:25 19:10,16
  19:17 20:7,14
  21:15,16 22:17
  22:18,21 24:8
  26:2,14,17,24
  26:25 27:5,8
  27:18 29:14
  30:19 31:15,25
  32:2,8,9,11,23
  32:24 33:2,3,9
  33:10 34:16,23
  36:3 37:1,2,8
  38:3,9 39:22
  40:17 42:25
  43:16,23 44:2
  44:6,16 47:9
  47:10 48:3,4
  48:25 51:16,17
  51:24 52:9,19
  52:20 53:6,9
  53:12,15,21
  54:12 55:20,22
  56:9,10 57:1
  57:20 59:1
  61:14 64:18

67:20
correctly 32:20
cost 16:19,19
  22:24 23:1
costs 19:13 25:9
cough 24:10
counsel 3:5 5:17
  5:25 7:11 8:5
  12:12 29:4
  35:4 46:9,14
  58:8 67:14
country 59:21
County 1:2 2:12
  2:16 5:21 6:8
  65:10
County's 6:6
couple 37:18
course 27:14
  59:6
court 1:1 10:2,9
  35:15,21
COVID 18:8
cross 64:24
Cruz 2:4,6 5:21
  40:24
CSR 1:20 3:22
  5:7 67:3,24
currently 11:4

D
daross@mari...
  2:24
Darryl 2:21 5:22
  66:2,11
date 1:17 5:8
  29:23 56:14
day 28:17 45:23
  64:24
days 26:22
deal 63:18
decision 52:8
declaration 4:14
  12:5,23 13:9
  16:25
declare 67:19

defendant 2:20
defendants 1:11
  5:23
degree 11:14,15
  58:21
degrees 8:21
Delaware 1:7,8
  1:9,9 52:16
Dennis 55:9
Deponent's 4:14
deposition 1:16
  3:20 4:13 5:10
  5:14 7:3,4 12:3
  64:22 66:7,15
  67:4,16
Deputy 2:9,13
  2:17
derives 56:8
describe 14:20
  51:21
describing 15:11
DESCRIPTION
  4:11
desk 7:25
developed 34:8
Devin 3:5 5:24
  13:19 22:9
  25:20 28:25
  45:10,12,18,19
  47:16 51:24
  52:24 64:13
diagonals 43:1
different 6:1
  15:19,21 29:11
  65:13
direct 21:1
  36:13
direction 67:13
directly 9:16
  60:9 64:10
  66:7
director 6:2
  13:10 52:14
  53:11 64:8
directors 20:5

47:12,15 52:18
  52:21 53:8
  54:25 55:5
  56:18 57:4
directors' 52:11
discuss 59:16
discussed 45:10
  57:17 58:4,18
  58:21 59:7,9
  59:13,16 60:14
  63:8
discussions 19:6
disinterested
  67:10
dispersed 56:24
disseminate 9:12
district 2:4,5,8,9
  2:12,13,16,17
  5:20 6:6,7,8
divested 26:24
  34:14,16 37:5
  37:12,19
dividend 29:22
  29:25
dividends 29:21
  29:23 30:10
document 9:15
doing 9:13 22:1
  36:22,23 48:1
  58:23 61:9,13
domicile 61:9
domiciled 61:11
DON 40:9
Double 37:15
Doug 2:4 65:18
Douglas 5:20
Douglas.Allen...
  2:7
drawer 8:15
drawn 23:19
Driftwood 40:25
drive 2:9 11:3
drugs 7:15
duly 6:15 67:5
duties 10:17

E
E-M-I-L-Y
  14:13
earn 25:9
education 11:23
Ehrlich 3:5 5:25
  13:19 17:15
  18:12,18 19:5
  19:20 20:3
  21:7 22:9,10
  25:20 28:25
  31:14 32:6
  45:10,13,18,20
  47:16 51:24
  52:19,25 53:5
  55:5,11 57:5
  64:7,13
Ehrlich's 18:14
  29:1
eight 52:13
either 8:12
  22:10 53:10
  64:7 67:15
elder 49:20
eleven 46:18
email 66:9
Emily 14:9,12
  18:1 30:15
  34:17 47:17
  49:5,18 50:5
  50:10 62:9
  63:21
employ 9:20
employee 15:24
  15:25 47:18
  51:10 53:11
  64:8
employees 19:16
  20:4 22:17
  24:1 30:23
  31:8 32:4
  51:15 53:19
  54:6 55:23
  56:16 64:14
employment

**Kenneth Tabler**
**February 15, 2022**

24:20
ended 37:15
enjoying 8:25
entirely 42:25
entities 11:10
  15:16 16:8,8
  23:7,9 30:1
  33:11 34:3
  36:8 37:5
  38:13,17 54:24
  57:15,20 58:2
  59:7 60:10,11
  61:16 63:9,22
  64:9,12
entitle 22:7
entitled 7:10
  10:10,12
entity 16:7,14
  20:21 21:3,19
  24:13,17,24
  25:6 36:22
  37:12,14,19
  40:3 41:5
  43:24 50:14
  53:23 59:18
  60:22 61:10,11
  63:15,17,23
ESQUIRE 2:4,8
  2:12,16,21
established
  24:17 25:8
  34:2
estate 33:4,12
  34:9,10,13,14
  34:18 37:4
  53:19 63:13,16
  63:23 64:3,6
  64:10,15,16
et 1:10 5:12
Eureka 3:21 5:8
evening 45:25
everybody 46:3
Everybody's
  47:4,5
exact 7:6 20:1

38:18 50:18
  51:5
exactly 21:23
  25:5
examination
  6:20 45:24
examined 6:17
examiner 65:20
example 41:4
Excel 43:2
excess 7:7
excuse 30:18
  41:16 62:8
executive 29:3
  50:12,16 51:8
Exhibit 4:9 12:4
  12:5,9,22,24
  16:9 21:25
  24:14 31:5
  60:8 63:10
  64:2,9
exhibits 12:2,18
expenses 21:14
  25:11 56:16
experience
  11:23
explain 10:18
  36:4
extent 27:16

————————
F
facilitate 24:21
facilitating
  54:14
facilities 25:11
  26:6,7,8,12,13
  26:16,22 27:11
  32:22,23 33:25
  34:23 36:2
  38:2,11,23
  39:1,2,3 41:3
  54:19 55:18
  58:24 59:21,22
  61:17 63:11,14
  63:24 64:4,11

64:14
facility 39:25
  40:4,5 43:14
  44:14 54:9
  57:19
facility-level
  54:24
fact 38:7
fair 36:16 48:13
  50:15 52:5
  61:12 65:20
Fallon 2:13
familiar 13:5
family 13:25
  20:23 30:2,15
  63:13
far 10:25
FAS 17:6,8
fashion 8:12
  58:11
fast 46:5,7
February 1:17
  3:21 5:1,9
feel 21:25 36:4
fees 25:9
field 27:23
figures 62:16,18
file 29:10 66:4
filed 12:6 29:12
finance 38:23
financial-type
  16:3
fine 38:20 47:3
finish 7:13
firm 14:22,23,25
  18:16,17 19:1
  23:9 24:7
  31:17,23 53:20
firms 25:23
first 6:15 33:14
  37:21 39:16
  62:12
flow 30:11,13
focus 45:24
following 11:23

follows 6:17
foot 10:14
force 27:22,23
foregoing 67:4
  67:20
forgot 35:13
form 15:9 18:19
  19:22 30:3
  34:24 35:1,18
  54:13
formal 14:16
  49:3
formation 19:2
  26:23
formed 24:20,23
  34:7 63:17
forming 42:2
forward 8:25
  10:15 48:10
  60:3
four 37:13 58:13
  58:14 59:7
free 21:25 36:4
front 12:18,19
  12:25
FTE 56:4
fulfilled 40:9
full-time 55:25
function 27:11
  37:24 51:8,11
  61:15
functions 20:22
  38:1 47:25
  58:20,20
Fundamental
  11:12 15:6,12
  15:15,23 16:2
  16:6,12 17:8
  39:20
funds 20:16
further 38:15
  65:16 67:14

————————
G
G-R-U-N-S-T-...

14:11
GC 33:6,7,12,12
  34:2,5 41:7
  42:21 43:3,9
  43:11,16,18,19
  43:24 44:4,8
  44:22,23,24
  45:1
general 3:5 5:25
  29:4 40:18
  42:9,13,16
  51:25
Generally 40:7
Gentleman 24:9
Georgia 18:15
  22:23 24:4
  31:24 53:20
getting 21:24
  60:6
gist 58:11
give 7:3,14 9:2
  28:7
given 40:5
giving 7:16
go 19:24 28:17
  33:15 45:23
  47:1 59:4 63:6
goes 56:7,15
going 7:12 8:15
  16:17 23:20
  24:9 26:22
  45:21 46:9,20
  46:22 48:10
  49:22 56:21
  58:8,10,12
  62:6
good 5:6,19,22
  6:23,24 7:16
  8:19,22 12:21
  28:15 35:10
gotten 18:9
governing 40:2
  40:3,6,10,12
government
  29:12

**Kenneth Tabler**
**February 15, 2022**

**GP** 41:6,12 42:9
  42:12,16
**grand** 32:6
**GrandCare** 32:3
  32:7,10,20
  33:4 38:14
  52:22,24
**GrandCare's**
  38:23
**grapple** 36:15
**Great** 8:17,17
**grounds** 9:25
**group** 34:10
  37:7 39:8
**Grunstein** 13:25
  14:5,9 17:14
  17:23 18:1,4
  20:23 29:15
  30:2,15 34:17
  45:15,18 47:17
  48:7,14 49:4,5
  49:14 50:5,8
  51:24 62:9
  63:12,15,21
**Grunstein's** 15:1
**guess** 36:6
**guesstimate** 7:3
**guy** 11:19

**H**

**half-hour** 11:2
**hand** 6:11 67:21
**handled** 5:15
**happy** 8:6 9:20
**hard** 43:2
**Harry** 14:5 15:1
  17:23 45:14,18
  48:7,14 49:4
  49:13,16 50:7
  50:9 51:23
**Hayward** 42:24
**he'll** 66:12
**head** 41:20
  62:14
**health** 1:7,8,9

2:22 5:12 6:3
  9:21 12:7,7,13
  12:13,14 16:13
  20:17,18,20,20
  20:24 21:2,15
  21:18,21 22:2
  22:3,11,13,16
  22:22,24 23:2
  23:4,12,16,17
  23:22 24:5
  26:1,5,11 27:1
  27:3,9,15,16
  27:19 28:19,22
  28:24 29:2,7,7
  29:8,19,20,24
  30:17,18 31:6
  37:25,25 38:4
  38:5,6,6,22
  39:15,17,24
  40:11 45:6
  47:7,9,11,18
  47:21 48:15,18
  48:23 49:2,5
  50:17,19 51:1
  51:14,14,22
  52:7,15 54:10
  57:4,13,13,14
  57:14,25,25
  58:1,1,15,15
  58:16 59:11,12
  59:14,17 60:9
  60:15
**hear** 6:25 47:2,3
**held** 14:2,3,4
  32:20 36:22
  56:24
**help** 24:19 38:23
**hereto** 67:19
**hereunto** 67:20
**Hey** 65:13
**hidden** 36:14
**Hills** 42:24
**hire** 39:24
**hired** 17:25 45:5
  45:9 50:21

51:18,20
**hiring** 40:4
**history** 30:16
  60:23
**hold** 17:1 27:2
  33:16 43:6
  52:17
**holder** 14:8
**holding** 23:24
  27:6 31:7,21
  31:22 32:13,18
  33:6,7,12,12
  34:2,5,6 36:9
  36:18 37:4
  38:1,7,8 40:22
  40:24,25 41:1
  41:6,9,12,17
  41:21 42:6,11
  42:11,12,15
  44:8,22 53:1,2
  53:3,4,5,14
  55:2 56:11,12
  56:22 57:16,18
  58:3,5,22
  59:10,13,15,15
  60:18
**holdings** 34:13
  34:14 59:16
**holds** 23:25 31:2
  31:21 42:6
  53:23 60:17
  63:9
**home** 9:8,19,21
  10:1,20 30:24
**hook** 50:1
**hour** 45:21
**hours** 45:25
**Houston** 31:2,2
**hundred** 31:7
  33:8 47:8
  53:13 55:2,14
  55:24 56:11,15
  60:21,23
**hypothetical**
  59:3

**I**

**impediments**
  7:16
**important** 9:14
**Inc.'s** 27:19
**include** 16:8
**including** 8:8
  10:13 58:18
**income** 20:8,10
  20:12 29:16
  30:15 56:7
**incomplete** 59:3
**incorporated**
  13:16 61:5
**incur** 25:11
**INDEX** 4:1,9
**indicate** 13:9
**indicated** 53:13
**indirect** 20:25
**indirectly** 60:9
  64:10
**individual** 14:2
  14:4 33:1 43:6
**informed** 45:19
**initials** 42:14
**innocent** 8:10
**inspire** 62:6
**instance** 11:10
  40:23 62:16
**insurance** 53:22
  53:24 54:5,9
  54:13,15
**intention** 9:13
**interest** 23:20
  33:16 34:7,17
  42:17,19 63:22
  64:2,5,9
**interested** 67:16
**interpose** 32:14
**invitation** 65:23
**invoice** 19:8
**involve** 30:12
**involved** 19:6
  25:21 26:19
  34:22 36:1,7

36:12 39:8
  40:3,12 50:23
  53:10,24 54:4
  56:17 61:2,16
  63:9,12
**involvement**
  26:21 58:17,22
**Irvine** 2:23
**issue** 9:19,24

**J**

**joining** 6:8
**Jose** 40:1,6,23
  41:5,6,12
  42:12,15 43:17
**jumped** 38:15
**jurisdiction**
  64:21

**K**

**keep** 7:16 45:25
  62:14
**Kenneth** 1:16
  3:20 4:5 5:10
  6:13 67:4
**kind** 8:2 9:15
  14:20 45:22
  50:4 52:10
  56:5 61:3
**know** 7:6 9:9,11
  9:14 10:8
  17:13 19:5,11
  19:13 21:3,7,9
  24:19 26:19
  27:24 28:2,3
  28:10,16 30:9
  36:5,7,12
  37:11 38:18
  41:19 42:3
  46:10 48:9
  49:10,19,25
  50:18 51:4
  55:7,8,23
  56:20 59:9
  60:11,13,16,17

**Kenneth Tabler**
**February 15, 2022**

60:19 61:24
62:5,8,11
**knowledge**
17:20 19:4
30:23 35:19
39:11 48:12
63:21,25 64:1
64:7,13
**known** 62:13
**Kristy** 3:6 6:2
51:5,5,13
**Kristy's** 51:10

---
**L**

**LA** 6:6
**lack** 54:14
**land** 44:1,14,16
44:19
**landlord** 43:19
**language** 20:1
**large** 26:22
**lastly** 58:16
**law** 14:22,23,25
18:16,17 19:1
23:9 24:7
25:23 31:17,23
41:24 52:16
53:20
**lawsuit** 6:1
**lease** 19:12,13
20:15 23:4
33:16 37:15,16
43:8,11,12,14
43:15,18 44:22
63:9
**leases** 23:8 43:6
43:25
**leave** 9:20 49:25
**left** 33:23 42:24
53:1
**left-hand** 7:25
**legal** 6:2 19:23
49:12 51:3,9
**Len** 63:15
**Leonard** 15:1

**lessee** 43:16,17
44:18,20
**lessor** 44:8
**let's** 10:15 16:21
22:1,1 30:20
43:3 44:12
47:1 62:22,25
62:25 63:1,6
**liability** 43:4
**licensee** 32:22
**licensees** 33:1
**licenses** 32:21
**limited** 41:24
42:3,7 43:4
**Linda** 3:6 5:25
40:9,16 41:11
41:14,18,20
50:12,16 51:12
62:8
**line** 23:12,19
**litigation** 51:4,9
**little** 15:10 23:14
33:14,22 36:6
37:20 42:8,23
**live** 10:21,21
**lives** 9:9 18:15
**LLC** 32:3,7,10
32:20 33:4
41:7,12 42:12
42:16,21 43:4
43:9,16 44:8
52:22,22,24
53:22 54:17
56:7,25 58:18
**loan** 38:11,22
39:2,3
**located** 5:8
**location** 19:9
27:21 28:4
**long** 30:10 46:6
46:16
**longer** 9:22
32:25 37:13
60:20
**look** 31:5 33:14

34:20 35:24
37:3 42:24
44:12 47:25
65:13
**looking** 8:24
34:21 35:25
41:8
**Lori** 2:12 6:6
**Lori.Schnall...**
2:15
**Los** 2:16,18
**lot** 11:22 25:5
26:21 38:11
51:11 59:5
**low** 62:19
**Loyola** 11:15
**lozenge** 24:10
**LP** 41:5 44:21
**LPs** 41:24

---
**M**

**MAC** 24:16
31:21 32:13,18
53:1,2,3,4,4
55:2 56:11,12
56:22 58:19
59:15,15 60:17
**Madam** 10:2
35:21 57:21
66:2
**main** 28:12
**majority** 40:19
**making** 48:13
**Management**
1:9 12:8,15
20:20 23:12,17
23:22 27:1,16
29:7 38:22
47:9 51:15
57:14 58:1,16
59:14
**managements**
51:4
**managers** 32:10
**managing** 51:9

52:22
**March** 67:21
**Marilyn** 55:12
**Marin** 2:8 6:8
65:10
**Mariner** 1:7,8,9
2:22 5:12 6:3
9:20 11:10
12:7,7,13,13
12:14 15:16
16:7,13 20:17
20:18,19,20,24
21:2,14,18,21
22:2,3,11,13
22:16,22,24
23:1,4,12,15
23:17,22 24:5
24:22 26:6,7
27:1,3,9,11,15
27:16,19 28:19
28:22,24 29:2
29:7,7,8,19,20
29:24 30:17,18
30:22 31:6
33:16 34:10,12
37:24 38:4,5,6
38:6,22 39:14
39:17,24 40:11
45:6 47:7,8,11
47:18,21 48:14
48:17,23 49:2
49:5 50:17,19
51:1,14,14,21
52:6,15 53:22
54:4,5,10,16
54:19 57:4,13
57:13,14,25
58:1,1,15,15
58:16 59:11,12
59:14,16 60:2
60:9,14,22
63:19 64:12
**mark** 10:3
**marked** 4:11
10:5 12:4,9,24

**Maryland** 10:22
10:24 11:4
15:4,7
**master** 43:5,12
**Matt** 3:5 5:22
**matter** 5:11
64:25
**matters** 11:24
**mean** 17:8 28:13
45:23
**meaning** 33:8
**meet** 52:17
**meeting** 52:17
**meetings** 50:9
52:15
**member** 13:25
18:24
**members** 32:7
32:12,18 40:3
52:22
**membership**
33:8
**memorized**
14:24 28:8
**mentioned** 11:24
16:18
**merely** 36:18
57:15 58:2
**MHC** 24:13 31:7
**microphone**
24:10
**Mikikian** 2:16
6:5 65:18
**miles** 11:2
**minutes** 46:18
62:2
**misquoted** 36:11
**missed** 8:19
**misspoke** 12:10
**mistaken** 55:7
**misunderstood**
36:11
**mix** 38:17
**mixing** 38:12
**moment** 16:22

**Kenneth Tabler**
**February 15, 2022**

33:23
money 39:4,5
  62:9
Monterey 44:12
  44:14,19,20,23
  44:25
morning 5:6,19
  5:22 6:23,24
motion 4:14
  10:9 12:6
move 10:15
Mr.Allen 25:15
mustache 65:12
mute 46:21
muted 47:5

**N**

name 5:7 14:23
  23:4 24:21
named 6:1
names 60:13
naming 12:11
National 1:8
  11:10 12:8,14
  13:10,15,22,24
  14:14 15:3
  16:21,23 17:3
  17:4,7,12,16
  17:21 19:15,19
  20:2,10,19
  21:1,4,8,11,12
  21:17,21 22:19
  22:25 24:5
  27:15 29:6,17
  31:17 51:13
  57:12,24 58:14
  59:9
nature 25:22
navigate 28:10
near 60:6
need 9:8,15
  10:14,18 27:17
  28:3 58:7
needed 25:10
neither 51:12

53:18
never 9:19 19:4
  19:6 30:8
new 24:24 25:4
noise 23:14
nom 19:11
nominal 19:1,9
  27:25 31:23
north 31:2
note 33:22 60:8
notes 45:23
Nothing's 56:14
notice 4:13 12:2
  12:2
noticing 5:18
number 5:12 7:6
  26:22 32:21
  36:8 50:22
  56:2,3,4 60:2
nurses 24:19
  26:1,4
nursing 32:21
  32:23 33:25
  34:22 36:2,23
  37:1 38:2
  39:25 41:3
  43:13 55:18
  57:19 58:24
  59:21,22 63:11
  63:14,24 64:3
  64:11

**O**

Oakland 2:14
  28:1,5 48:5,8,9
oath 6:17 7:8
object 9:7,10,18
  9:25 10:7 15:8
  18:19 19:22
  30:3 34:24
  58:7 59:2
objecting 35:1
  35:18
objection 32:14
  35:5,10,19

62:7
objections 10:12
  35:7
observe 6:9
obviously 11:22
  36:7 40:7
occupational
  54:22
occurred 39:10
Ocean 2:5
office 5:8 6:6,7,8
  9:23 11:7,8,9
  11:12 14:15,16
  14:18,20,22
  15:4 16:17
  18:16 19:2,12
  22:7,22,23,25
  23:1 24:4
  27:10,20,25
  28:1,7 30:21
  30:25 31:3,16
  31:23 53:19
  55:15
officer 9:16
  13:10,13 17:1
  17:16 22:3,6
  31:10 41:11,14
  41:18 50:19
  51:3 53:11
  64:8
officers 13:15
  17:19 18:12
  20:3,5 22:8
  25:3,6 28:22
  28:25 31:11,23
  32:7,8,9 41:9
  51:16 53:4
  56:17
offices 11:9
official 49:11
  52:1
offshore 54:3
Oh 35:2 60:7
okay 6:4,10 7:2
  7:8,19 8:15,18

10:25 11:6,14
  12:1 13:7,15
  13:22 14:14,19
  14:23 15:3,25
  16:15,21 17:11
  17:11,15,25
  18:6,11,14,16
  18:23 19:1
  20:8,18,23
  21:4,10,23,25
  23:6,10 25:1
  25:25 26:11,16
  26:21 27:1,9
  27:19,25 28:18
  28:22 29:1,5
  29:10,15,20,24
  30:14,20 31:1
  31:5,19,21
  32:1,3,12,19
  33:6,14 34:8
  34:17,20 35:11
  35:21 37:3,9
  37:17,22 39:13
  39:23 40:16
  42:6,11,18,22
  43:3 44:3,12
  44:17 45:3,16
  46:11,15,20
  47:4 49:4,8,15
  49:18 50:12,21
  50:25 51:12,18
  52:10,14,18,21
  53:1,18 54:1
  54:13,17,20
  55:10,15 56:6
  56:24 57:2,7
  57:10 58:10
  59:5,19,25
  60:5 61:7,13
  61:15,20 62:20
  63:3,6,17,21
  64:19 66:1,5
  66:13
old 49:18
ones 35:6

operate 33:11,25
operated 60:3
  60:15,23
operating 6:1
  33:1,24 34:3,9
  40:1,17,21,23
  41:2,5,5,7,13
  41:15,22,23
  42:2,19,21
  43:3,7,9,11,16
  43:17,18,19,24
  44:4,4,9,12,20
  44:23,24 45:1
  54:10 55:18
  56:9 57:19
  58:25
operation 34:22
  36:2
operational
  37:13
operations 36:13
  38:24 39:6
  60:18
opinion 65:20
opposed 61:10
order 30:1
org 23:15 53:14
organizational
  4:15 12:22
  13:3,7 23:11
outcome 67:16
outside 25:23
  26:16 59:8
  60:19
oversees 24:18
Owen 3:6 6:2
  12:23 50:25
  51:5
owned 34:10
  47:8 53:13
  55:2 56:11
  60:22
owner 15:24
  43:15 44:18
owners 15:22

**Kenneth Tabler**
**February 15, 2022**

ownership 15:20
  19:20 20:6,24
  20:25 21:1,18
  23:16,20 31:7
  33:9 41:7
  42:25 44:1
  47:7 54:3
  59:14 63:22
  64:2,5,9,14
ownership's
  15:19
owning 21:3,17
owns 21:21
  59:10 60:9
  63:13,15,16,23

**P**
Pacific 54:17,18
  54:25 56:7,16
  56:22,25 58:18
page 4:3 33:19
  37:9,17
pages 60:8
paid 20:16 21:4
  21:8 29:22,23
  29:24 30:9,16
  47:17,18 49:13
  56:14,16
Palms 44:12,14
  44:20,23,25
paper 34:4
pardon 24:11
  34:25
Parkway 31:2
part 63:18
part-time 55:25
  56:2
participated
  50:11
participation
  57:18 58:5
  65:1
particular 26:1
  30:15
particularly

24:18
parties 12:11
  56:1 67:15,18
partner 18:24
  42:7,10,13,16
partners 41:25
  42:1
partnership
  41:25 42:1
partnerships
  42:3
party 43:25 44:1
  44:13
pass 18:7 29:25
passed 14:5
  29:16 49:2
passing 48:8
  49:4
patience 60:7
patients 54:24
Pause 46:25
  63:5
pay 20:15 21:14
  29:20 56:12
payroll 21:13
pays 43:25
penalty 67:19
pending 7:12
people 1:4 5:11
  19:18,19 27:23
  28:3,3 36:25
  52:7
percent 31:7
  33:8 42:7,10
  42:16,19 47:8
  53:13 55:2,14
  56:11,15
percentage 21:3
Perez 2:8 6:7
  8:24 65:10,15
performs 59:17
period 46:15
  60:1 62:23
perjury 67:19
person 20:5

49:20 67:10
personnel 26:1,5
phone 7:22,24
  8:8,13 46:11
physical 27:21
  54:22
picked 8:22
picture 65:14
pieces 34:3
place 1:19 67:10
plaintiff 1:5 2:3
  3:21 5:13 6:14
please 5:17 9:3
  14:10 57:22
  66:4
point 23:24 25:4
  26:18 27:5
  32:19 34:7,12
  35:4 38:21
  39:9 46:10
  48:11,19 60:14
pointed 41:6
policy 54:1,2
portion 63:15
position 17:1
  29:1 40:8
  45:13,17 47:21
  48:17 49:1
  50:24,25 51:13
  51:21,23
possible 46:5,8
precise 38:19
prefer 8:7,11
  46:4
present 3:4 5:24
president 5:25
  13:14 16:23
  17:12,25 22:7
  28:19 29:3
  31:11 40:10,16
  41:12 45:6,18
  48:3,19 50:13
  50:16 51:21
presidents 40:15
pretty 38:7

65:19
previously 49:9
  57:17 58:4,18
  58:21 60:14
primary 27:10
  51:11
Prince 3:6 6:2
prior 17:1,5,6,11
  17:15,18,21
  18:21 48:8,12
  48:12 49:4
  60:2
privacy 9:7,10
  9:25 10:13
probably 10:8
  45:23 62:4,20
proceed 47:6
proceedings
  46:25 63:5
process 40:2,13
proclamation
  49:11
produced 5:14
profit 56:19
program 39:14
  39:19 54:4
promise 9:12
property 24:2
  43:20
provide 9:21
  16:11,16 19:9
  19:11 24:17
  54:9 55:21
  66:11
provided 17:6
provides 16:2,13
  54:18 55:17
providing 16:7
  30:25 56:8
  57:16 58:3
public 11:19
  60:15
purpose 41:21
  42:2 54:8
purposes 36:25

pursuant 5:15
put 8:2,15 27:22

**Q**
quarterly 50:4,7
  50:10
quash 4:14 12:7
question 7:12
  10:3 19:22,25
  23:18 25:15
  30:21 35:13,22
  36:5 38:16,20
  51:25 56:20
  57:8,22 58:11
  58:13 59:6
  61:18,25 62:11
  62:12 65:8
question's 15:8
  30:3 35:3
questions 46:7
  64:20,23 65:6
  65:11,16,18
quick 62:22

**R**
Rafael 2:10
raise 6:11
range 56:5 62:19
  62:19
reached 45:10
read 25:16 35:15
  35:22 42:14
  57:21 66:7
real 33:4,11 34:8
  34:9,13,14,18
  37:4 53:18
  62:22 63:13,16
  63:23 64:3,6
  64:10,15,16
really 10:21
  27:21 30:10
  37:13 39:18
  47:23 60:3
reasons 9:1
receive 22:10

**Kenneth Tabler**
**February 15, 2022**

29:15 49:5
received 11:18
receives 29:18
  62:9
record 10:5
  46:13 47:1
  63:6,7
recover 25:10
recruiting 24:13
  24:16,18,18,21
  25:10,25 26:4
  26:13 27:3
  36:24,25 58:19
  58:19
reduced 67:12
refer 21:25
referring 26:8
  26:12 36:12
  42:15
refuse 10:7
regard 57:12,24
regarding 51:23
Regional 40:15
registered 61:8
  61:11
regular 20:11
related 57:20
  58:25 60:24
  67:17
relationship
  18:22 49:16
relative 60:1
remember 28:11
  37:14 57:10
Remind 45:6
remote 1:16,19
  5:10
remotely 67:5
renew 37:16
rent 43:25
renting 30:24
repeat 19:25
repeating 57:3
rephrase 38:20
  41:16 51:19

58:8
report 29:12
  50:4,7
reporter 1:20
  5:6 6:10,18
  10:2,4 35:15
  35:21,23 57:21
  57:23 65:3
  66:1,2,5,9,13
  67:1,9
reports 16:19
represent 9:22
  58:22
representatives
  52:6
required 52:16
  54:23
requirements
  25:24
residence 9:2,5
  9:14
residents 54:24
resolution 52:11
responsible
  20:21
restaurant 28:15
return 29:6,11
revenue 20:13
  21:13 22:14
  25:7 31:19
  32:1 36:19
  56:6,12,15,21
review 45:23
RG21095881 1:6
  5:13
right 6:11,25
  7:25 9:10 10:8
  12:20 23:10
  27:12 28:14
  30:2 34:11
  37:24 43:21
  46:20,21,23
  49:24,24 50:1
  51:6 60:5
  61:21 64:19

66:13
Road 2:22
role 52:8 54:17
room 5:24 7:20
  8:12
Ross 2:21 5:22
  5:22 9:4,7,10
  9:18 10:10,17
  12:10 15:8
  18:2,19 19:22
  25:14,19 30:3
  30:7 32:14
  34:24 35:1,3,6
  35:11,18 38:25
  39:3,7 46:23
  47:5 57:21
  58:6,9,10 59:2
  65:5,12,21
  66:2,2,14
running 39:18
RVPs 40:11,14

———————
**S**
Sacramento
  37:15
salary 21:4,8
  22:10 29:18
  30:17 47:17
  48:14,21 49:5
  49:8,12 62:10
  62:15
sales 27:22,23
Sam 31:1
San 22:10 40:1,6
  40:23 41:4,6
  41:12 42:12,15
  43:17
Santa 2:4,6 5:21
  40:24
SAP 39:13,16
Sarcauga 55:9
  55:11
SAVA 26:23
  63:18
says 33:16,19,20

43:4 60:8
Schnall 2:12 6:6
  65:16
seats 47:15
seceded 49:8
second 33:19
  35:23
second-amend...
  4:13 12:2
see 8:16 10:15
  16:9 23:13
  24:14 31:6
  33:17,21 60:17
  61:16 62:2,22
  63:1,10 64:2,9
seen 13:3 19:7
send 66:10
Senior 1:8 11:10
  12:8,14 13:10
  13:16,23,24
  14:14 15:3
  16:21,24 17:3
  17:5,7,12,16
  17:21 19:15,19
  20:2,10,19
  21:1,4,8,11,12
  21:17,21 22:19
  22:25 24:5
  27:15 29:6,17
  31:17 51:13
  57:12,24 58:14
  59:10
sent 12:1,19
separate 15:16
  23:8 37:6
  43:15
separately 10:3
serve 9:15
served 9:22
service 4:14 12:7
  54:18,20 57:18
  58:5
services 11:13
  15:7,13,15,23
  16:2,4,6,7,11

16:12,14,15
  17:6,9 19:8
  24:18 39:21
  55:17,18,21
  56:8 57:17
  58:4 59:17
serving 27:24
set 8:18 67:20
seven 52:13
  62:18
Seza 2:16 6:5
share 24:4 31:16
shareholder
  13:24 17:22
  19:21 20:4
  22:19 29:15,21
  42:18
shareholders
  13:22
shares 14:8 27:3
shell 61:7,11
short 45:22
shortage 24:20
shorthand 67:9
  67:9
show 33:24
showing 37:4
shown 60:10,12
side 8:1
sign 52:12 66:7
significant 62:15
similar 38:24
  44:7 45:1
sir 7:1 13:2 14:7
  17:10 20:1
  22:5,18 23:18
  24:6 28:6,21
  31:9 46:16
  47:3 49:21
  63:20
Sister 49:15
sit 63:13,24 64:3
  64:10
sits 43:14 44:15
sitting 7:25

**Kenneth Tabler**
**February 15, 2022**

six 62:16
six-figure 62:18
  62:19
skewed 18:9
skill 63:10
skilled 32:21,22
  33:25 34:22
  36:2,23 37:1
  38:2 39:25
  41:2 43:13
  55:18 57:19
  58:24 59:21,22
  63:11,14,24
  64:3,11
Skyline 40:1,6
  40:24 41:4,6
  41:10,12 42:12
  42:15 43:14,17
  44:24 45:1
slightly 38:25
small 56:19
smaller 56:4
Smikikian@d...
  2:19
software 39:13
  39:19
sole 17:22 19:21
  20:3 22:19
  31:16
sorry 8:19 9:4
  21:20 23:14
  24:9 25:14
  41:16 50:15
sort 25:24
source 20:13
  21:13 25:7
Sparks 11:4
  15:4,7
speak 46:13
  60:20 65:7,9
speaking 35:7
specific 35:6,9
  47:25 48:17
speech 54:22
spell 14:10

spells 14:12
spin 63:19
standpoint 21:2
started 40:5
starting 5:18
stash 65:15
state 1:4 5:11,17
  18:14 42:4
  59:8 60:19
  61:5,8
stated 67:11
states 60:2,16
stay 62:24
stock 14:3
stopped 43:1
stream 20:11
  22:13 31:19
  32:1 36:19
  56:7
street 2:5,13,17
  28:11,12,15
structure 41:19
subject 64:20,25
sublease 43:22
  44:9,23,25
subleases 44:3
subsidiary 21:19
suggests 24:21
suite 2:5,9,13,17
  14:20
summary 58:11
superior 1:1
  10:9
supervision
  67:13
support 4:14
  12:6 16:18,20
sure 8:4 10:4
  25:5 30:7
  35:23 46:4
  55:13,14 57:23
sworn 6:11,15
synonymous
  33:9
system 52:7

**T**

Tabler 1:16 3:20
  4:5 5:11 6:10
  6:13,23 7:2
  9:16 10:19
  19:24 35:13
  47:2 59:4 60:6
  61:22 63:8
  66:6 67:5
Taetz 3:6 5:25
  40:9,16 41:11
  41:20 50:12,16
  50:22 62:8
take 7:10 15:22
  44:7 45:22
  46:5 51:12
  52:8 56:6 62:1
  62:21,25
taken 3:20 5:13
  7:3,5,9 67:8
talk 8:11 35:20
  36:24 43:3
  45:12 46:9
talked 36:20
talking 38:13,14
  54:21
task 47:24
tax 16:19 29:5,6
  42:4
tell 60:13 62:5
  67:6
telling 23:15
Temple 2:17
ten 63:1
tenant 43:5
term 32:8,9
  40:18
terms 19:20 25:9
  26:11 30:14
  49:10 52:6
  61:5
testified 6:17
testify 6:15
testimony 7:14
  7:16 10:11

59:6 67:8,11
Texas 30:22,25
text 66:3
thank 6:18
  12:13 25:19
  28:18 39:7
  46:23,24 50:3
  58:9 60:6 63:3
  63:4 65:1,11
  65:17,18 66:13
  66:14
theoretically
  30:11
therapies 54:23
therapists 56:2
therapy 54:18
  54:20,21 55:17
therefrom 5:15
thereto 64:17
  67:18
thing 25:24
  33:19 46:22
  49:12
things 38:11,16
  38:24 51:11
  63:19
think 7:4 8:22
  12:10 14:13
  16:18 17:13
  18:21 19:11
  22:4 23:4,15
  28:12 29:3
  30:12 34:3
  38:13,15 39:16
  40:18,19 42:9
  42:14,15 50:10
  51:4 55:9 56:3
  56:19 57:2
  58:6 59:6,7
  61:21 64:19
  65:23,23
third 43:25,25
  44:13 56:1
three 12:1 19:19
  24:25 30:1

37:12
time 1:18 5:9
  8:22 17:22
  24:11 30:10
  32:15,16,17
  35:20 46:15
  48:2 60:1
  62:23 67:10
timeframe 18:8
  18:10 25:2
  26:19
times 7:4,7
title 33:15 47:23
  49:3 50:18
  51:5 53:23
today 7:20
Today's 5:8
told 51:25 52:1
top 41:20 62:14
Trabuco 2:22
transcript 5:14
  9:19 65:4,24
  66:3
transcripts 66:8
treaties 25:24
Tree 37:15
trouble 36:6
  49:22
true 26:20 37:17
  38:21 39:12
  45:2 56:23
  59:24 67:20
trust 14:2
truth 6:15,16,16
  67:6,6,7
try 45:24 58:11
trying 30:5
  36:14
Tuesday 1:17
  5:1,9
turn 22:1 30:20
  46:21
two 13:21 19:18
  24:24 31:13,23
  34:3 37:9,9,17

Kenneth Tabler
February 15, 2022

40:19 41:25
42:1,24 51:16
53:7 60:8
**type** 54:21
**types** 16:15,20
**typewriting**
67:12
**typically** 41:17

**U**

**ultimately** 29:17
**unclear** 42:23
**underneath**
43:10
**understand** 7:8
7:17 10:17
20:1 30:5
32:20 35:12
36:17 44:13
46:6
**understanding**
14:5
**upper** 10:23
33:22
**upper-left** 60:7
**Upperco** 10:22
10:24
**use** 14:17 23:7
28:3 36:6,12
39:16 46:11
**uses** 22:23 54:16
**Usually** 28:9

**V**

**vague** 15:8 30:4
32:15 35:8,9
59:3
**valid** 61:7
**valuable** 51:10
**various** 25:10,23
26:6,7 29:12
29:16 40:2
44:4 50:9
54:23 56:8
60:18

**versus** 5:12
**vice** 29:3 40:15
50:12,16
**video** 46:21
**videoconference**
1:16 67:6
**visas** 25:24
**vs** 1:6

**W**

**W-2s** 56:4
**want** 8:5 9:18
22:1 23:3
27:23 33:15
35:15 36:10,11
36:13 38:17
45:24 46:5,7
46:10,16 62:1
62:24 65:24
**wanted** 61:24
**Washington**
55:12
**wasn't** 18:23
**way** 25:8 30:16
38:10 67:16
**we'll** 8:6 10:6,15
13:7 28:17
33:23 47:6
62:2 64:24,24
**we're** 10:10
26:12 27:22
33:14 34:21
35:25 46:13
52:16 58:12
60:6 63:7
65:23
**we've** 19:4 36:7
36:19 45:21
58:17,20 59:7
59:13,16 60:14
**weather** 8:25
**Webb** 1:20 3:22
5:7 67:3,24
**welcome** 46:12
46:13

**West** 2:17 31:21
32:13,18 53:3
53:5 60:17
**widow** 49:15
**wife** 14:9 49:17
52:1 65:15
**within-entitled**
67:7
**witness** 4:1,3
5:23 6:14 18:4
18:20 19:25
25:20 30:8
32:17 39:8
46:4,15,20
47:3,6 59:5
62:1,23 63:3
65:13 66:11
67:4,8,11
**word** 16:1 36:7
36:12 54:14
**words** 29:10
39:4 56:21
**work** 25:13,18
27:14 30:24
54:4
**worked** 18:22
**Worker's** 54:14
**Workers'** 53:25
54:9
**world** 9:13
**wrap** 62:22 63:2
**write** 54:2 57:11
**writer** 54:1
**wrong** 10:14

**X**

**Y**

**yeah** 27:5 35:17
38:4 42:14
45:4 49:22
52:12 53:16
62:21 65:19
**year** 56:4
**years** 11:22

24:25 30:9
37:13 45:15
50:23 52:13
**young** 11:19

**Z**

**Zoom** 5:10,23
8:11,22 67:5

**0**

**1**

**1** 4:13 12:4
67:21
**10** 46:18,19
**10:57** 63:1
**1000** 2:17
**10811** 1:20 3:22
5:7 67:3,24
**11:00** 63:1
**11:11** 66:15
**12** 4:13,14,15
8:21 31:4
**1225** 2:13
**145** 2:9
**15** 1:17 3:21 5:1
5:9 11:2 60:16
**18** 26:8,9
**1980** 11:18

**2**

**2** 4:14 12:5,9
33:7,12 44:8
44:24
**20** 7:7 26:9,13
28:3 60:16
**200** 2:5
**2011** 31:4,4 39:9
39:12 60:2,3
**2012** 29:22
30:17
**2014** 16:25 17:2
17:5,11,15,18
17:21 18:2,3,4
18:11 45:6
48:3,10,20,21

**49**:1
**2017** 18:9
**2018** 18:9
**2021** 33:17
**2022** 1:17 3:22
5:1,9 67:21
**2025** 5:16
**211** 2:17
**213** 2:18
**25** 28:3 46:19
**257-2450** 2:18
**272-6222** 2:14

**3**

**3** 4:15 12:22,24
16:9 21:25
24:14 31:5
34:2,5 60:8
63:10 64:2,9
**3501** 2:9

**4**

**415** 2:10
**45-minute** 11:3
**454-2930** 2:6
**473-6450** 2:10

**5**

**50** 49:24
**510** 2:14
**5300** 31:1
**5440** 2:22

**6**

**6** 4:5
**65** 49:20

**7**

**701** 2:5

**8**

**831** 2:6

**9**

**9:04** 1:18 3:22
5:3,9

**Kenneth Tabler**
**February 15, 2022**

| | | | | |
|---|---|---|---|---|
| **900** 2:13<br>**90012** 2:18<br>**92620-5704** 2:23<br>**94612-4208** 2:14<br>**949-238-7775**<br>  2:23<br>**94903-4189** 2:10<br>**95060** 2:6<br>**99 4** 2:19 | | | | |

# EXHIBIT

# 2



**LLC-1**   File # **200735210059**

# State of California
## Secretary of State

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

**FILED**
In the office of the Secretary of State
of the State of California

**DEC 1 7 2007**

This Space For Filing Use Only

---

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

**TAMPA AVENUE PROPERTY LLC**

---

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

---

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Eugene H. Miller

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE

1331 N. California Boulevard | Walnut Creek, CA | 94596

---

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

December 17, 2007
DATE

SIGNATURE OF ORGANIZER

Eugene H. Miller
TYPE OR PRINT NAME OF ORGANIZER

---

LLC-1 (REV 04/2007)                    APPROVED BY SECRETARY OF STATE

B0971-0895 08/01/2022 3:25 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20220602011 |
| Date Filed: 8/1/2022 |

---

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | TAMPA AVENUE PROPERTY LLC |
| Entity No. | 200735210059 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 1179 WEST A STREET 130 HAYWARD, CA 94541 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 27R ELIOT STREET JAMAICA PLAIN, MA 02130 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | 720 14TH STREET SACRAMENTO, CA 95814 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Pichey Properties, LLC | 27R Eliot Street Jamaica Plain, MA 02130 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CORP2000 Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | REAL ESTATE PROPERTY OWNER |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

---

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Miriam Dale Pichey*                    *08/01/2022*

Signature                                Date

# EXHIBIT

# 3

 **Maps**     32980 Alvarado-Niles Rd STE 836, Union City, CA 945873186 to Bankruptcy Court,     Drive 20.8 miles, 22 min
1300 Clay St, Oakland, CA 94612



Map data ©2022 Google     2 mi

🚗 **via I-880 N**                                **22 min**

Fastest route now due to traffic                20.8 miles
conditions

🚗 **via I-880 N and I-580 W**                    **28 min**

27.1 miles