# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 63** |

### CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING PROCEDURES FOR THE RETENTION AND COMPENSATION OF ORDINARY COURSE PROFESSIONALS EFFECTIVE AS OF THE PETITION DATE

The undersigned hereby certifies that:

1. On October 3, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors for Entry of an Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals Effective as of the Petition Date* [Docket No. 63] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Pursuant to the notice of Motion, responses were due to be filed on, or prior to, October 18, 2022, at 4:00 p.m. (ET) (the "Objection Deadline). The Debtors received informal comments to the Motion from the Office of the United States Trustee (the "UST"). The undersigned certifies that the Bankruptcy Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

3. A revised form of order (the "Proposed Order") resolving the UST's comments is attached hereto as **Exhibit 1**. A blackline comparison of the Proposed Order

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

against the form of order filed with the Motion is attached hereto as **Exhibit 2**. The UST does not object to entry of the order.

4. Accordingly, the Debtors respectfully request entry of the Proposed Order at the Bankruptcy Court's convenience.

| | |
|---|---|
| Dated: October 20, 2022<br>Wilmington, Delaware | */s/ Mary F. Caloway*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Mary F. Caloway (DE Bar No. 3059)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>          tcairns@pszjlaw.com<br>          mcaloway@pszjlaw.com<br><br>- and -<br><br>Hamid R. Rafatjoo (Admitted *pro hac vice*)<br>Carollynn H.G. Callari (Admitted *pro hac vice*)<br>David S. Forsh (Admitted *pro hac vice*)<br>**RAINES FELDMAN LLP**<br>1350 Avenue of the Americas, 22nd Floor<br>New York, NY 10019-4801<br>Telephone:  (917) 790-7100<br>Email:  ccallari@raineslaw.com<br>          dforsh@raineslaw.com<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |