# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., et al.,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF JOSHUA RAMOS
## IN SUPPORT OF VENUE IN DELAWARE

I, Joshua Ramos, hereby declare as follows:

1. I am the Managing Director of JJJ Health Care Staffing Agency LLC ("**JJJ**"), a creditor and contract counterparty in these bankruptcy cases.

2. I make this declaration on behalf of JJJ in support of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and their opposition to the pending motion to transfer venue of these bankruptcy cases from Delaware to Oakland.

3. JJJ prefers that the Debtors successfully reorganize and believes this is more likely if the Debtors are able to proceed with their chosen venue in Delaware. Accordingly, JJJ supports venue for the Debtors' bankruptcy cases in Delaware.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: October 18, 2022

By: _/s/ Joshua Ramos_
Joshua Ramos, Managing Director
JJJ Health Care Staffing Agency LLC

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

3097343.1