**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARINER HEALTH CENTRAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10877 (LSS)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 11, 38, and 49 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO MAINTAIN, ADMINISTER, AND MODIFY RESIDENT REFUND PROGRAMS AND PRACTICES, AND HONOR OBLIGATIONS RELATED THERETO, AND (II) GRANTING RELATED RELIEF**

The undersigned counsel for Mariner Health Central, Inc., *et al.* (the "Debtors") hereby certifies that:

1. On September 19, 2022, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Maintain, Administer, and Modify Resident Refund Programs and Practices, and Honor Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 11] (the "Motion").

2. On September 21, 2022, the Court entered the *Interim Order (I) Authorizing Debtors To Maintain, Administer, And Modify Patient Refund Programs And Practices, And Honor Obligations Related Thereto, And (II) Granting Related Relief* [Docket No. 38] (the "Interim Order").

3. Pursuant to the *Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to*

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

*Maintain, Administer, and Modify Resident Refund Programs and Practices, and Honor Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 49] (the "<u>Notice</u>"), objections to entry of an order granting final relief for the Motion were due no later than October 18, 2022.

4.  The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the final relief requested in Motion. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

Accordingly, the Debtors request that the proposed final order attached hereto as <u>Exhibit A</u> be entered at the Court's convenience.

Dated: October 20, 2022
Wilmington, Delaware

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
         tcairns@pszjlaw.com
         mcaloway@pszjlaw.com

- and -

Hamid R. Rafatjoo (Admitted *pro hac vice*)
Carollynn H.G. Callari (Admitted *pro hac vice*)
David S. Forsh (Admitted *pro hac vice*)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019-4801
Telephone:   (917) 790-7100
Email:   ccallari@raineslaw.com
         dforsh@raineslaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*