# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Senayt Berhe, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 17, 2022, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 78]

Dated: October 21, 2022

*/s/ Senayt Berhe*
Senayt Berhe
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Blanco, Josherl Payumo | Address on File | | | |
| Canares, Geraldine Saberon | Address on File | | | |
| Hoschar, Meghan Dawn | Address on File | | | |
| Kaur, Sukhdeep | Address on File | | | |
| Prasad, Madhur L | Address on File | | | |

In re Mariner Health Central, Inc., et al.,
Case No. 22-10877

Page 1 of 1

# Exhibit B

Confidential – All Patient Information Redacted

These parties are confidential and protected by order of the Court [Docket No. 34]