**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 7, 35, 118, 128** |

**CERTIFICATION OF COUNSEL REGARDING
MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS
AUTHORIZING DEBTORS TO CONTINUE USE OF EXISTING
BANK ACCOUNTS, CASH MANAGEMENT SYSTEM AND
BUSINESS FORMS, AND GRANTING RELATED RELIEF**

The undersigned hereby certifies that:

1. On September 19, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors for Interim and Final Orders Authorizing Debtors to Continue Use of Existing Bank Accounts, Cash Management System and Business Forms, and Granting Related Relief* [Docket No. 7] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On September 21, 2022, the Bankruptcy Court entered the *Interim Order Authorizing The Debtors To Continue Use Of Existing Bank Accounts, Cash Management System And Business Forms, And Granting Related Relief* (the "Interim Order"), which granted the Motion on an interim basis.

3. Pursuant to the notice of Motion, objections to entry of a final order granting the Motion were due to be filed on, or prior to, October 18, 2022, at 4:00 p.m. (ET).  On October 18, 2022, the Official Committee of Unsecured Creditors (the "Committee") filed *The*

---

[1] The Debtors, along with the last four digits of each Debtors' tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273).  The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

*Official Committee of Unsecured Creditors' Response to (I) Motion of Debtors for Interim and Final Orders Authorizing Debtors to Continue Use of Existing Bank Accounts, Cash Management System and Business Forms, and Granting Related Relief and (II) Proposed Budgets* [Docket No. 118] (the "<u>Committee Objection</u>").  No other objections to the Motion were filed on the Bankruptcy Court's docket.

4. The Debtors and the Committee have resolved the Committee Objection. A revised form of order (the "<u>Proposed Order</u>") granting the Motion on a final basis is attached hereto as **Exhibit 1**.  A blackline comparison of the Proposed Order against the Interim Order is attached hereto as **Exhibit 2**.

5. The Office of the United States Trustee has no objection to entry of the Proposed Order.

6. Accordingly, the Debtors and the Committee respectfully request entry of the Proposed Order at the Bankruptcy Court's convenience.

Dated:  October 24, 2022
      Wilmington, Delaware

<u>/s/ Mary F. Caloway</u>
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400
Email:           ljones@pszjlaw.com
                tcairns@pszjlaw.com
                mcaloway@pszjlaw.com

- and -

Hamid R. Rafatjoo (Admitted *pro hac vice*)
Carollynn H.G. Callari (Admitted *pro hac vice*)
David S. Forsh (Admitted *pro hac vice*)
**RAINES FELDMAN LLP**
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019-4801
Telephone:    (917) 790-7100
Email:        ccallari@raineslaw.com
              dforsh@raineslaw.com

*Counsel for the Debtors and Debtors-in-Possession*