# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARINER HEALTH CENTRAL, INC., *et al.*,[1] | Case No. 22-10877 (LSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Senayt Berhe, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 26, 2022, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders Authorizing Continuation of Insurance Coverage and Granting Related Relief** [Docket No. 48]

Dated: October 28, 2022

*/s/ Senayt Berhe*
Senayt Berhe
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are Mariner Health Central, Inc. (6203), Parkview Holding Company GP, LLC (1536), and Parkview Operating Company, LP (7273). The Debtors' headquarters are located at 3060 Mercer University Drive, Suite 200, Atlanta, GA 30341.

# Exhibit A

**Exhibit A**

**Insurance Companies Service List**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Hudson Insurance Company | PO Box 6818 | Scranton | PA | 18505-6818 |

In re Mariner Health Central, Inc., et al.,
Case No. 22-10877

Page 1 of 1